FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 NOV 14 P 3:27

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. DKC-19-0541 |
| | * |
| CATHERINE ELIZABETH PUGH | * |

\* \* \* \* \*

## MOTION TO SEAL

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland and Martin J. Clarke, Assistant United States Attorney for said District, moves this Honorable Court to order and direct that this Indictment and this Motion be **SEALED**. Premature disclosure of this filing would jeopardize the ongoing investigation.

Respectfully Submitted,

Robert K. Hur
United States Attorney

_____
Martin J. Clarke
Assistant United States Attorney

## ORDER

It is this \_\_14th\_\_ day of November, 2019 hereby

ORDERED, that this Indictment and Motion be **SEALED**.

_____
Beth P. Gesner
United States Magistrate Judge