IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. DKC-19-541 |
| CATHERINE ELIZABETH PUGH | * | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Martin J. Clarke, Assistant United States Attorney for said District, moves this Honorable Court to Order and direct that the Indictment be **UNSEALED**.

Respectfully Submitted,

Robert K. Hur
United States Attorney

*Martin J. Clarke/JMB*
Martin J. Clarke
Assistant United States Attorney


**ORDERED** as prayed, this 19 day of November, 2019

Thomas M. DiGirolamo
United States Magistrate Judge

1