Sources of Capital

Investment Requirement

                                                                     1,265,000.00

| | |
|---|---:|
| Marketing and Public Relations | $150,000 |
| Material Production | |
|    Books: | $180,000 |
|    Jump Ropes: | 100,000 |
|    Pajamas | 100,000 |
|    Tee Shirts | 200,000 |
|    Staff | 225,000 |
|    Consulting Services | 90,000 |
|    Office Exp | 120,000 |
| | $1,065.00 |

## Profit and Loss Projections (3-Years)

EXHIBIT 1

| Revenues | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Books | 1,500,000 | 1,750,000 | 2,000,000 |
| Products: | | | |
| Jump Ropes | 250,000 | 300,000 | 350,000 |
| Other Products | | 250,000 | 300,000 |
| Infant wear | 140,000 | 180,000 | 210,000 |
| Tee Shirts | 400,000 | 480,000 | 600,000 |
| Total Revenue | 2,290,000 | 2,955,000 | 3,460.000 |
| | | | |
| Product Expenses | | 850.000 | 895,000 |
| Staff | | 250,000 | 300,000 |
| Office Expense | | 144,000 | 168,000 |
| Consulting Services | 90,000 | 100,000 | 120,000 |
| Marketing and Promotions | 120,000 | 150,000 | 180,000 |
| Other Expenses | 20,000 | 24,000 | 30,000 |
| Total Expenses | 230,000 | 1,518,000 | 1,693,000 |
| Net Profit Before Taxes | 2,060,000 | 1,437,000 | 1,767,000 |
| Taxes(10%) | 206,000 | 143,700 | 169,300 |
| Profit After Taxes | 1,854,000 | 1,283,300 | 1,597,700 |

## CASH FLOW

## Cash Flow

| | |
|---|---|
| Cash Investment | $1,2000,000 |
| Start Up Cost | -1,065,000 |
| Cash Flow | 135,000 |
| Net Profit after taxes (Year One) | 1,854.000 |
| Year One End Cash Flow | 1,989,000 |
| Year End Two Net Profit | 1,283,300 |
| Year End Two Cash Flow | 3,272,300 |
| Year End Three Net Profit | 1,597,700 |
| Year End Three Cash Flow | $4,870,000 |

--------------------