Healthy Holly
Summary of Books Sold

| Printing Date | Printing Company | Books Shipped To | Book One: Exercising | Book Two: Herbie | Book Three: Fruits | Book Four: Vegetables | Total |
|---|---|---|---|---|---|---|---|
| 6/10/2011 | Kromar | 2901 Druid Park Dr | 2,090 | | | | 2,090 |
| 6/10/2011 | Kromar | 200 E North Ave | 20,020 | | | | 20,020 |
| 3/19/2013 | Kromar | 2901 Druid Park Dr | | 1,500 | | | 1,500 |
| 3/28/2013 | Kromar | 200 E North Ave | | 18,600 | | | 18,600 |
| 8/25/2015 | Kromar | 2901 Druid Park Dr | | | 1,500 | | 1,500 |
| 8/25/2015 | Kromar | 200 E North Ave | | | 19,500 | | 19,500 |
| 8/16/2017 | Premier | 2901 Druid Park Dr | | | | 5,006 | 5,006 |
| 8/18/2017 | Premier | Art & Negative Graphics | | | | 5,016 | 5,016 |
| | | Total | 22,110 | 20,100 | 21,000 | 10,022 | 73,232 |

| Invoice Date | Entity / Person | Book One: Exercising | Book Two: Herbie | Book Three: Fruits | Book Four: Vegetables | Book Five: Walking | Unknown Edition | Total | Amount Paid for Books | Price per Book | Books Delivered | Credit Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2010 | UMMS | 10,000 | | | | | | 10,000 | $ 50,000.00 | $ 5.00 | | | |
| 3/1/2011 | UMMS | 10,000 | | | | | | 10,000 | $ 50,000.00 | $ 5.00 | | | |
| 10/6/2011 | Grant Capital Management | 2,000 | | | | | | 2,000 | $ 14,000.00 | $ 7.00 | 2,000 | $ 14,000.00 | |
| 10/7/2011 | Carefirst | 1,000 | | | | | | 1,000 | $ 7,000.00 | $ 7.00 | 1,000 | $ 7,000.00 | |
| 2/28/2012 | Women Legislators of MD | 110 | | | | | | 110 | $ 880.00 | $ 8.00 | 110 | $ 880.00 | |
| 2/28/2012 | St. Mary's Ladies Auxiliary | 50 | | | | | | 50 | $ 400.00 | $ 8.00 | 50 | $ 400.00 | |
| 8/2/2012 | MAIF | | 1,000 | | | | | 1,000 | $ 7,500.00 | $ 7.50 | | | |
| 8/22/2012 | UMMS | | 20,000 | | | | | 20,000 | $ 100,000.00 | $ 5.00 | | | |
| 9/30/2013 | MAIF | | 556 | | | | | 556 | $ 5,000.00 | $ 8.99 | | | |
| 10/4/2013 | Ariel Investments | 200 | 200 | | | | | 400 | $ 3,680.00 | $ 9.20 | 400 | $ 3,680.00 | |
| 12/3/2013 | Carefirst | | 1,000 | | | | | 1,000 | $ 7,500.00 | $ 7.50 | 1,000 | $ 7,500.00 | |
| 1/24/2015 | UMMS | | | 20,000 | | | | 20,000 | $ 100,000.00 | $ 5.00 | | | |
| 12/22/2015 | Kaiser Permanente | 990 | 1,000 | 2,500 | | | 510 | 5,000 | $ 25,000.00 | $ 5.00 | 4,490 | $ 22,450.00 | (a) |
| 3/9/2016 | James P Grant | | | | | | TBD | TBD | $ 50,000.00 | TBD | | | |
| 6/27/2016 | Kaiser Permanente | | | 5,000 | | | | 5,000 | $ 25,000.00 | $ 5.00 | 5,000 | $ 25,000.00 | (a) |
| 10/17/2016 | UMMS | | | | 20,000 | | | 20,000 | $ 100,000.00 | $ 5.00 | | | |
| 10/17/2016 | Grant Capital Management | | | | | | TBD | TBD | $ 100,000.00 | TBD | | | |
| 12/22/2016 | Frederick Frank Trust | | | | 5,000 | | | 5,000 | $ 50,000.00 | $ 10.00 | 500 | $ 5,000.00 | |
| 4/5/2017 | Kaiser Permanente | | | | | 5,000 | | 5,000 | $ 25,000.00 | $ 5.00 | 5,000 | $ 25,000.00 | (b) |
| 10/31/2017 | Kaiser Permanente | | | | | 2,000 | | 2,000 | $ 14,000.00 | $ 7.00 | | | |
| 9/12/2018 | UMMS | | | | | 20,000 | | 20,000 | $ 100,000.00 | $ 5.00 | | | |
| 10/21/2018 | Kaiser Permanente | | | | | 4,000 | | 4,000 | $ 25,000.00 | $ 6.25 | | | |
| | Sub-totals | 24,350 | 23,756 | 32,500 | 27,000 | 24,000 | 510 | 132,116 | $ 859,960.00 | | 19,550 | $ 110,910.00 | |
| | Less: Books Shipped directly to Kaiser | | | | (5,000) | | | (5,000) | | $ 5.00 | | $ (25,000.00) | (b) |
| | Total | 24,350 | 23,756 | 32,500 | 22,000 | 24,000 | 510 | 127,116 | | | | $ 85,910.00 | |

EXHIBIT 2

**Notes:**
**(a)** The invoices issued to Kaiser do not specify the edition of the books sold. However, based on records provided by Art & Negative Graphics, Kaiser received 990 copies of Book One, 1,000 copies of Book Two, and 7,500 copies of Book Three.
**(b)** These books were shipped directly from Premier Printing to Art & Negative Graphics, the warehouse for Kaiser, therefore these were credited.