**Healthy Holly**
**Summary of Disposition of Books Printed for Others**

| | Quantity of Books | | | | |
| --- | --- | --- | --- | --- | --- |
| | Book One: *Exercising* | Book Two: *Herbie* | Book Three: *Fruits* | Book Four: *Vegetables* | Total |
| Books Printed for Others | 20,000 | 20,000 | 20,000 | 5,000 | 65,000 |
| Books Sold & Delivered (excluding UMMS) | (2,350) | (2,200) | (8,000) | (5,000) | (17,550) |
| Books Located other than Warehouse | (1,742) | (1,393) | (881) | - | (4,016) |
| Books Located at BCPS Warehouse | - | - | (8,588) | - | (8,588) |
| Total Giveaways | 15,908 | 16,407 | 2,531 | - | 34,846 |

EXHIBIT 3