





EXHIBIT 4









