Healthy Holly Checks to Gary Brown - Disposition Analysis
For the Period January 1, 2016 through December 31, 2016

| Healthy Holly Cashed Checks to Gary Brown | | Cash Deposits into: | | | Committee to Elect CP Contributions | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Amount | Date | Account Holder | Amount | Date | Type | From | Amount |
| 1/11/2016 | 3,025 | 1/11/2016 | Cash for Money Order | 1,000 | 1/11/2016 | Money Order | James Crump | 1,000 |
| | | 1/11/2016 | Cash for Money Order | 1,000 | 1/11/2016 | Money Order | Ardell Crump | 1,000 |
| | | 1/11/2016 | Cash for Money Order | 1,000 | 1/11/2016 | Money Order | Addie Jackson | 1,000 |
| Totals | 3,025 | | | 3,000 | | | | 3,000 |
| 1/13/2016 | 6,000 | 1/13/2016 | Desiree Johnson | 6,000 | 1/14/2016 | Check #374 | Desiree Johnson | 6,000 |
| 1/13/2016 | 6,000 | 1/13/2016 | Samuel Johnson & Desiree Johnson | 3,000 | 1/15/2016 | Checkcard Charge | Samuel Johnson | 3,000 |
| | | 1/13/2016 | Danny Brown | 3,000 | 1/19/2016 | Checkcard Charge | Danny Brown | 3,000 |
| Totals | 12,000 | | | 12,000 | | | | 12,000 |
| 2/12/2016 | 250 | | TBD | | | TBD | | |
| 2/29/2016 | 7,500 | | TBD | | | TBD | | |
| 3/9/2016 | 10,000 | 3/9/2016 | Samuel Johnson & Desiree Johnson | 3,000 | 3/11/2016 | Checkcard Charge | Samuel Johnson | 3,000 |
| | | 3/9/2016 | Ronald Shannon | 2,000 | 3/9/2016 | Credit Card Charge | Ronald Shannon | 2,000 |
| | | 3/14/2016 | Shear Hunter Hair Boutique | 2,000 | 3/14/2016 | Check #1018 | Shear Hunter Hair Boutique | 2,000 |
| | | 3/14/2016 | Williams and Hunter Services, Inc. | 4,000 | 3/14/2016 | Check #9001 | Williams and Hunter Services Inc. | 4,000 |
| Totals | 10,000 | | | 11,000 | | | | 11,000 |
| 4/11/2016 | 9,800 | 4/11/2016 | Danny Brown | 3,000 | 4/12/2016 | Check #1078 | Danny Brown | 3,000 |
| | | 4/12/2016 | Tanya Bailey | 1,500 | 4/11/2016 | Check #2533 | Tanya Bailey | 1,500 |
| | | 4/12/2016 | Raishawn Hebron | 3,000 | 4/15/2016 | Check #148 | Raishawn Hebron | 3,000 |
| | | 4/11/2016 | John Clark | 1,000 | 4/11/2016 | Check #2420 | John Clark | 1,000 |
| | | 4/11/2016 | Denise Deleaver | 1,300 | 4/12/2016 | Check #586 | Denise Deleaver | 1,300 |
| Totals | 9,800 | | | 9,800 | | | | 9,800 |
| 6/22/2016 | 400 | | TBD | | | TBD | | |
| 7/25/2016 | 125 | | TBD | | | TBD | | |
| 9/22/2016 | 2,000 | | TBD | | | TBD | | |
| 10/19/2016 | 10,000 | | TBD | | | TBD | | |
| 12/23/2016 | 7,000 | | TBD | | | TBD | | |
| Grand Totals | 62,100 | | | 35,800 | | | | 35,800 |

EXHIBIT 5