
DDA Credits - 2/5/2016


DDA Credits - 2/5/2016

EXHIBIT 6



Transit - 2/5/2016

Transit - 2/5/2016