**ADVICE OF DEBIT**

THE HARBOR BANK OF MARYLAND

DATE 2-25-16

WE DEBIT YOUR ACCOUNT AS FOLLOWS

Per: Senator Pugh
Cashier Check per phone
2-25-16 9:30

AMOUNT 6500 00

APPROVED BY

6500.00

2 Chic Boutique

037

[redacted]

⑆5401⑈2000⑆ 899

DDA Debits - 2/25/2016

Acct # [redacted] $6,500.00
Transfer from DDA
AVJ 3 02/25/16 T009:47
RESEARCH PARK

>052001772<
The Harbor Bk of MD #008
2016-02-25
0008023014

DDA Debits - 2/25/2016

EXHIBIT 7