THE
**HARBOR BANK**
OF MARYLAND
BALTIMORE, MD 21201
0520

179476

08

REMITTER

*** 2 CHIC BOUTIQUE ***

02/25/16

PAYABLE TO   ***DESIREE JOHNSON ***

****6,500.00****

***SIX THOUSAND FIVE HUNDRED and 00/100*****USDollars

CREDIT COPY

**CASHIER'S CHECK**

NON NEGOTIABLE

⑈ 179476⑈ ⑆5300⑆ 2000⑆              009

DDA Credits - 2/25/2016

>052001772<
The Harbor Bk of MD #008
2016-02-25
0008023013

DDA Credits - 2/25/2016

EXHIBIT 8