

| | |
|---|---|
| Account Number | ▮ |
| OF6 | 0 |
| Amount | $50,000.00 |
| Trans | 9 |
| Post Date | 20160309 |
| Routing Number | 052001772 |
| Sequence | 7142267 |
| Serial | 0 |

| | |
|---|---|
| Account Number | ▮ |
| OF6 | 0 |
| Amount | $50,000.00 |
| Trans | 0 |
| Post Date | 20160309 |
| Routing Number | 055003434 |
| Sequence | 7142268 |
| Serial | 333 |

EXHIBIT 9