# GB Consulting LLC

# Statement

1123 N Eutaw Street, Apt 408
Baltimore, Mayrland 21201

| | |
|---|---|
| Date: | December 31, 2018 |
| Statement # | . |
| Customer ID: | Healthy Holly |
| Page | 1 of 1 |

**Bill To:**

Healthy Holly, LLC
3603 Dennlyn Road
Baltimore, Maryland 21217
4103671311
healthyholly@healthyholly.com

| Account Summary | |
|---|---|
| Previous Balance | $ - |
| Credits | $ 78,575.00 |
| New Charges | $ 78,575.00 |
| **Total Balance Due** | $ - |
| Payment Due Date | ASAP |

| Date | Invoice # | Description | Charges | Credits | Line Total |
|---|---|---|---|---|---|
| 1/5/15 | HH-2015-01 | New Charges for HH-2015-01 | $ 3,000.00 | | $ 3,000.00 |
| 2/5/15 | HH-2015-02 | New Charges for HH-2015-02 | $ 3,000.00 | | $ 6,000.00 |
| 3/5/15 | HH-2015-03 | New Charges for HH-2015-03 | $ 3,000.00 | | $ 9,000.00 |
| 4/5/15 | HH-2015-04 | New Charges for HH-2015-04 | $ 3,000.00 | | $ 12,000.00 |
| 5/5/15 | HH-2015-05 | New Charges for HH-2015-05 | $ 3,000.00 | | $ 15,000.00 |
| 6/5/15 | HH-2015-06 | New Charges for HH-2015-06 | $ 3,000.00 | | $ 18,000.00 |
| 7/5/15 | HH-2015-07 | New Charges for HH-2015-07 | $ 3,000.00 | | $ 21,000.00 |
| 8//5/15 | HH-2015-08 | New Charges for HH-2015-08 | $ 3,000.00 | | $ 24,000.00 |
| 9/5/15 | HH-2015-09 | New Charges for HH-2015-09 | $ 3,000.00 | | $ 27,000.00 |
| 10/5/15 | HH-2015-10 | New Charges for HH-2015-10 | $ 3,000.00 | | $ 30,000.00 |
| 11/5/15 | HH-2015-11 | New Charges for HH-2015-11 | $ 3,000.00 | | $ 33,000.00 |
| 12/5/15 | HH-2015-12 | New Charges for HH-2015-12 | $ 3,000.00 | | $ 36,000.00 |
| 1/5/16 | HH-2016-01 | New Charles for HH-2016-01 | $ 3,000.00 | | $ 39,000.00 |
| 1/9/16 | | Payment received | | $ 3,025.00 | $ 35,975.00 |
| 1/13/16 | | Payment received | | $ 6,000.00 | $ 29,975.00 |
| 1/13/16 | | Payment received | | $ 6,000.00 | $ 23,975.00 |
| 2/5/16 | HH-2016-02 | New Charges for HH-2016-02 | $ 3,000.00 | | $ 26,975.00 |
| 2/26/16 | | Payment received | | $ 7,500.00 | $ 19,475.00 |
| 3/5/16 | HH-2016-03 | New Charges for HH-2016-03 | $ 3,000.00 | | $ 22,475.00 |
| 3/9/16 | | Payment received | | $ 10,000.00 | $ 12,475.00 |
| 4/5/16 | HH-2016-04 | New Charges for HH-2016-04 | $ 3,000.00 | | $ 15,475.00 |
| 4/7/16 | | Payment received | | $ 9,800.00 | $ 5,675.00 |
| 5/5/16 | HH-2016-05 | New Charges for HH-2016-05 | $ 3,000.00 | | $ 8,675.00 |
| 6/5/16 | HH-2016-06 | New Charges for HH-2016-06 | $ 3,000.00 | | $ 11,675.00 |
| 7/5/16 | HH-2016-07 | New Charges for HH-2016-07 | $ 3,000.00 | | $ 14,675.00 |
| 8/5/16 | HH-2016-08 | New Charges for HH-2016-08 | $ 3,000.00 | | $ 17,675.00 |
| 9/5/16 | HH-2016-09 | New Charges for HH-2016-09 | $ 3,000.00 | | $ 20,675.00 |
| 10/4/16 | | Payment received | | $ 10,000.00 | $ 10,675.00 |
| 10/5/16 | HH-2016-10 | New Charges for HH-2016-10 | $ 3,000.00 | | $ 13,675.00 |
| 11/5/16 | HH-2016-11 | New Charges for HH-2016-11 | $ 3,000.00 | | $ 16,675.00 |

EXHIBIT 12

| Date | Invoice | Description | Note | Charges | Payments | Balance |
|---|---|---|---|---|---|---|
| 12/5/16 | HH-2016-12 | New Charges for HH-2016-12 | | $ 3,000.00 | | $ 19,675.00 |
| 12/16/16 | | Payment received | | | $ 7,000.00 | $ 12,675.00 |
| 12/16/16 | | Payment received | | | $ 5,000.00 | $ 7,675.00 |
| 12/16/16 | | Payment received | | | $ 5,000.00 | $ 2,675.00 |
| 12/16/16 | | Payment received | | | $ 1,400.00 | $ 1,275.00 |
| 12/16/16 | | Payment received | | | $ 350.00 | $ 925.00 |
| 10/15/17 | HH-2017-10 | New Charges for HH-2017-10 | Veg Green | $ 3,250.00 | | $ 4,175.00 |
| 5/15/18 | HH-2018-05 | New Charges for HH-2018-05 | PO Box Reimburs | $ 75.00 | | $ 4,250.00 |
| 11/15/18 | HH-2018-11 | New Charges for HH-2018-11 | Walking | $ 3,250.00 | | $ 7,500.00 |
| 11/18/18 | | Payment received | | | $ 2,000.00 | $ 5,500.00 |
| 12/1/18 | | Payment received | | | $ 5,500.00 | $ - |

**Account Current Balance   $   -**

Your account balance is 0 Please make your payment to cover the balance by the due date.

Make all checks payable to Gary Brown Jr.

**Thank you for your business!**

Should you have any enquiries concerning this statement, please contact Gary Brown, Jr. at ▇▇▇▇▇▇

1123 N Eutaw Street, Unit 408, Baltimore, Maryland 21201