

# GB Consulting

## INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

**SHIPPED TO:**
Gary Brown, Jr.

| | |
|---|---|
| INVOICE NUMBER | HH-2015-01 |
| INVOICE DATE | January 5, 2015 |
| TERMS | Net 30 |
| PREPAID or COLLECT | COLL |

Sales Tax Rate:          0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.
email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!

EXHIBIT 13

# GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

**SHIPPED TO:**
Gary Brown, Jr.

| | |
|---|---|
| INVOICE NUMBER | HH-2015-02 |
| INVOICE DATE | February 5, 2015 |
| TERMS | Net 30 |
| PREPAID or COLLECT | COLL |

Sales Tax Rate:   0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand | 3,000.00 | 3,000.00 |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.
email

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **PAY THIS AMOUNT** | **$3,000.00** |

THANK YOU FOR YOUR BUSINESS!



# GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Denny Road
Baltimore, Maryland 21215

**SHIPPED TO:**
Gary Brown, Jr.

| | |
|---|---|
| INVOICE NUMBER | HH-2015-03 |
| INVOICE DATE | March 5, 2015 |
| TERMS | Net 30 |
| PREPAID or COLLECT | COLL |

Sales Tax Rate: 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** |
| PAY THIS AMOUNT |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



# GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2015-04 |
| INVOICE DATE | April 5, 2015 |

**SHIPPED TO:**
Gary Brown, Jr.

| | |
|---|---|
| TERMS | Net 30 |
| PREPAID or COLLECT | COLL |

Sales Tax Rate:  0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | | |
|---|---|---|
| **DIRECT ALL INQUIRIES TO:** | **MAKE ALL CHECKS PAYABLE TO:** | |
| Gary Brown, Jr. | Gary Brown, Jr. | |
| ▮▮▮9 | ▮▮▮ | |
| email: ▮▮▮ | | |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

THANK YOU FOR YOUR BUSINESS!



# GB Consulting

**INVOICE**

2118 Clifton Ave
Baltimore, Maryland 21217

BILLED TO:
Healthy Holly, LLC
3603 Denny Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2015-05 |
| INVOICE DATE | May 5, 2015 |
| TERMS | Net 30 |

SHIPPED TO:
Gary Brown, Jr.

PREPAID or COLLECT | COLL

Sales Tax Rate:        0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **PAY THIS AMOUNT** | **$3,000.00** |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



# GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

**SHIPPED TO:**
Gary Brown, Jr.

Sales Tax Rate:  0.00%

| INVOICE NUMBER | HH-2015-06 |
| INVOICE DATE | June 5, 2015 |
| TERMS | Net 30 |
| PREPAID or COLLECT | COLL |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** | |
| PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email: g

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



## GB Consulting — INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

**SHIPPED TO:**
Gary Brown, Jr.

Sales Tax Rate: 0.00%

| INVOICE NUMBER | HH-2015-07 |
| INVOICE DATE | July 5, 2015 |
| TERMS | Net 30 |
| PREPAID or COLLECT | COLL |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.
email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



## GB Consulting                                                                 INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2015-08 |
| INVOICE DATE | August 5, 2015 |
| | |
| TERMS | Net 30 |

**SHIPPED TO:**
Gary Brown, Jr.

PREPAID or COLLECT | COLL

Sales Tax Rate:          0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



# GB Consulting

## INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217 ███

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2015-09 |
| INVOICE DATE | September 5, 2015 |
| TERMS | Net 30 |

**SHIPPED TO:**
Gary Brown, Jr.
███

PREPAID or COLLECT | COLL

Sales Tax Rate: | 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **PAY THIS AMOUNT** | **$3,000.00** |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.
███
email: g███

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.
███

THANK YOU FOR YOUR BUSINESS!



# GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2015-10 |
| INVOICE DATE | October 5, 2015 |

**SHIPPED TO:**
Gary Brown, Jr.

| | |
|---|---|
| TERMS | Net 30 |
| PREPAID or COLLECT | COLL |

Sales Tax Rate:  0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.
9
email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



## GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Denny Road
Baltimore, Maryland 21215

INVOICE NUMBER | HH-2015-11
INVOICE DATE | November 5, 2015

TERMS | Net 30

**SHIPPED TO:**
Gary Brown, Jr.

PREPAID or COLLECT | COLL

Sales Tax Rate: | 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

THANK YOU FOR YOUR BUSINESS!

# GB Consulting

**INVOICE**

2118 Clifton Ave
Baltimore, Maryland 21217

███████

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2015-12 |
| INVOICE DATE | December 5, 2015 |
| TERMS | Net 30 |

**SHIPPED TO:**
Gary Brown, Jr.

███████████

PREPAID or COLLECT | COLL

Sales Tax Rate:   0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.
████████
email:████████████

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.
████████████

THANK YOU FOR YOUR BUSINESS!



## GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2016-01 |
| INVOICE DATE | January 5, 2016 |
| | |
| TERMS | Net 30 |

**SHIPPED TO:**
Gary Brown, Jr.

| | |
|---|---|
| PREPAID or COLLECT | COLL |

Sales Tax Rate:   0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



# GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Denny Road
Baltimore, Maryland 21215

**SHIPPED TO:**
Gary Brown, Jr.

| | |
|---|---|
| INVOICE NUMBER | HH-2016-02 |
| INVOICE DATE | February 5, 2016 |
| TERMS | Net 30 |
| PREPAID or COLLECT | COLL |

Sales Tax Rate: 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



## GB Consulting

### INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Denny Road
Baltimore, Maryland 21215

**SHIPPED TO:**
Gary Brown, Jr.

Sales Tax Rate: 0.00%

| INVOICE NUMBER | HH-2016-03 |
| INVOICE DATE | March 5, 2016 |
| TERMS | Net 30 |
| PREPAID or COLLECT | COLL |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email: g

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



## GB Consulting                                    INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Denny Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2016-04 |
| INVOICE DATE | April 5, 2016 |
| TERMS | Net 30 |

**SHIPPED TO:**
Gary Brown, Jr.

PREPAID or COLLECT | COLL

Sales Tax Rate:  | 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email: g

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



# GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Denlly Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2016-05 |
| INVOICE DATE | May 5, 2016 |
| TERMS | Net 30 |

**SHIPPED TO:**
Gary Brown, Jr.

PREPAID or COLLECT | COLL

Sales Tax Rate: 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **PAY THIS AMOUNT** | **$3,000.00** |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!

# GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

█████████

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

| INVOICE NUMBER | HH-2016-06 |
| INVOICE DATE | June 5, 2016 |

**SHIPPED TO:**
Gary Brown, Jr.
█████████

| TERMS | Net 30 |
| PREPAID or COLLECT | COLL |

Sales Tax Rate:  0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.
█████████
email: █████████

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.
█████████

THANK YOU FOR YOUR BUSINESS!

# GB Consulting

## INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2016-07 |
| INVOICE DATE | July 5, 2016 |
| TERMS | Net 30 |

**SHIPPED TO:**
Gary Brown, Jr.

| | |
|---|---|
| PREPAID or COLLECT | COLL |

Sales Tax Rate:  0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

|  |  |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** | |
| PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.
4
email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!

# GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

BILLED TO:
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2016-08 |
| INVOICE DATE | August 5, 2016 |
| TERMS | Net 30 |

SHIPPED TO:
Gary Brown, Jr.

PREPAID or COLLECT | COLL

Sales Tax Rate: 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



# GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

| INVOICE NUMBER | HH-2016-09 |
| INVOICE DATE | September 5, 2016 |

**SHIPPED TO:**
Gary Brown, Jr.

| TERMS | Net 30 |

| PREPAID or COLLECT | COLL |

Sales Tax Rate:        0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** |
| **PAY THIS AMOUNT** |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



# GB Consulting

## INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2016-10 |
| INVOICE DATE | October 5, 2016 |
| TERMS | Net 30 |

**SHIPPED TO:**
Gary Brown, Jr.

PREPAID or COLLECT | COLL

Sales Tax Rate:   0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of** **Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



# GB Consulting

# INVOICE

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Denny Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2016-11 |
| INVOICE DATE | November 5, 2016 |
| TERMS | Net 30 |

**SHIPPED TO:**
Gary Brown, Jr.

PREPAID or COLLECT | COLL

Sales Tax Rate:     0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.
■■■■■9
email:■■■■■

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



## GB Consulting

2118 Clifton Ave
Baltimore, Maryland 21217

**BILLED TO:**
Healthy Holly, LLC
3603 Denny Road
Baltimore, Maryland 21215

**SHIPPED TO:**
Gary Brown, Jr.

Sales Tax Rate:    0.00%

# INVOICE

| INVOICE NUMBER | HH-2016-11 |
| INVOICE DATE | December 5, 2016 |
| TERMS | Net 30 |
| PREPAID or COLLECT | COLL |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,000.00 | 3,000.00 |

| | |
|---|---|
| SUBTOTAL | 3,000.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,000.00** PAY THIS AMOUNT | |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.
9
email: g

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!



## GB Consulting

# INVOICE

1123 N Eutaw Street, Apt 408
Baltimore, Maryland 21201

**BILLED TO:**
Healthy Holly, LLC
3603 Denny Road
Baltimore, Maryland 21215

**INVOICE NUMBER** | HH-2017-10
**INVOICE DATE** | October 15, 2017

**TERMS** | Net 30

**SHIPPED TO:**
Gary Brown, Jr.

**PREPAID or COLLECT** | COLL

Sales Tax Rate: 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand | 3,250.00 | 3,250.00 |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

| | |
|---|---|
| SUBTOTAL | 3,250.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **$3,250.00** | |
| PAY THIS AMOUNT | |

THANK YOU FOR YOUR BUSINESS!



# GB Consulting                                        INVOICE

1123 N Eutaw Street, Apt 408
Baltimore, Maryland 21201

**BILLED TO:**
Healthy Holly, LLC
3603 Dennly Road
Baltimore, Maryland 21215

**SHIPPED TO:**
Gary Brown, Jr.

| INVOICE NUMBER | HH-2018-05 |
| INVOICE DATE | May 15, 2018 |
| TERMS | Net 30 |
| PREPAID or COLLECT | COLL |

Sales Tax Rate:  0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Reimbursement for printing** | 75.00 | 75.00 |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.

email:

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

| SUBTOTAL | 75.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **PAY THIS AMOUNT** | **$75.00** |

THANK YOU FOR YOUR BUSINESS!



## GB Consulting <span style="float:right">INVOICE</span>

1123 N Eutaw Street, Apt 408
Baltimore, Maryland 21201

**BILLED TO:**
Healthy Holly, LLC
3603 Denny Road
Baltimore, Maryland 21215

| | |
|---|---|
| INVOICE NUMBER | HH-2018-11 |
| INVOICE DATE | November 15, 2018 |
| TERMS | Net 30 |

**SHIPPED TO:**
Gary Brown, Jr.

PREPAID or COLLECT | COLL

Sales Tax Rate: 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | **Promotion, Sales, and Marketing Outreach of Healthy Holly Books & Clothing Brand** | 3,250.00 | 3,250.00 |

| | |
|---|---|
| SUBTOTAL | 3,250.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| **PAY THIS AMOUNT** | **$3,250.00** |

**DIRECT ALL INQUIRIES TO:**
Gary Brown, Jr.
9
email: g

**MAKE ALL CHECKS PAYABLE TO:**
Gary Brown, Jr.

THANK YOU FOR YOUR BUSINESS!