

**3603 Dennlyn Road • Baltimore, Maryland 21215**
**HealthyHolly@HealthyHolly.com • 443-762-2199**

February 1, 2017

Diane Bell-McKoy
President and CEO
Associated Black Charities
1114 Cathedral Street
Baltimore, MD 21201-5515

Re: Healthy Holly Book Purchase Invoice: ABC-03

Dear Mrs. Belly-McKoy

Per your request for a distribution plan.

Healthy Holly LLC will be distributing 5000 *Healthy Holly: Fruit Come in the Colors Like the Rainbow* to the Baltimore City Public Schools and will be delivered to their warehouse 5300 Pulaski Highway, Baltimore, Maryland 21205. BCPS will be distributing the books to their students.

If you have any questions or concerns feel free to give me a call.

Sincerely,

*Gary Brown Jr.*

Gary Brown, Jr.
Chief Operating Officer

ABC-001158

EXHIBIT 14