**Press Conference**
**March 28, 2019**

Mayor Catherine Pugh = MCP

Unknown Male Reporter #1: = UMR#1

Unknown Male Reporter #2 = UMR#2

Unknown Female Reporter#1 = UFR#1

Unknown Female Reporter#2 = UFR#2

MCP: The last several days due to contracting pneumonia and against my doctor's orders, I am here. If you know me, it is really difficult for me to sit still. I think most of you all know that I want to say at the start, I understand the objections and some of the concerns of many. Over my decision to enter into a financial relationship with the University of Maryland Medical System to produce Healthy Holly children's book series. And I sincerely want to say that I apologize that, I have done something to upset the people, the people of Baltimore that I love, care about, and work hard every day for. Most of you all know that my day starts about 4:30 a.m. in the morning and I usually don't get home until 11:00 or 12:00. For me it's everything that I can do to help move our city forward. I also want to make it very clear I never intended to do anything that could not stand up to scrutiny and that is why I disclosed this on my University of Maryland Medical Disclosure Statement all moneys received. It really was about a shared mission. One that I am excited to share and one that has been a part of my life for quite a long time. Even as a public servant, to provide pathways for our young people and to put within the grasp, their grasp, the tools and resources they need to succeed. This shared mission is why I entered into this arrangement with the University of Maryland Medical Systems. There was never any formal contract.

We talk about book one back when I was State Senator I believe it was around 2008, I attended a national conference focused on the epidemic of childhood obesity. In particular they talked about African-American children and children of color. What they said was that our gener - our young people, the young people of this country, have become the most obese population of young people in the next generation. So my question was --what are we doing to change that? I asked the health department, the United State Health Department representative and he said well we're different from the Department of Education. I said well don't y'all collaborate? He said no, we focus on health, they focus on education. So by that time, I got a little bored around the conversation and started scribbling and when I got home I scribbled this girl called Healthy Holly. I was trying to figure out a way to create a character that could talk to young people about how they could improve their health. I know there is discussion around the colors and what the book looks like but I can tell you that we tested groups of

1

EXHIBIT 15

young people and what attracts them to the book is the colors.  What we were hoping was that as they went inside those books that they would get the information that was inside.  The focus again was getting children to exercise and to eat right.  So it was in September, 2010 that I began publishing my first children's book.  This is not the first book I have ever published and Healthy Holly exercising was fun was produced in limited quantities by myself.  I shared it with groups, children, organizations and prior to a board meeting at the University of Maryland Medical Systems, I shared it with one of the colleagues there.  They liked it and felt that it was a part of their own mission and I raised, they raised the question how many and I said that I wanted to get this out to young people in the Baltimore City Public Schools and I think, at that time, the population of k through whatever I got the date – uh the level, but we were trying to get through k through third grade because that is the level the book is written on  It's about 18,000-20,000 young people.  They actually sent a letter and I'd like to, we will provide a copy for you.  As you can see, the letter comes from the University of Maryland Medical Systems and it goes to and it says, "Donation of Educational Materials" and you'll get a copy of this.  It was addressed to "Dear Dr. Santelises, as part of the mission of healthcare provider the University of Maryland Medical System Corporation will provide outreach benefits to address the health needs and priorities in our community."  In essence, what they said the medical system would make arrangements for the purchase of the books and to installments.  If the medical system proposes donation is acceptable to "BCP," please indicate by signing and dating this letter of agreement.  I understand that "BCP" will accept the medical systems donation of these educational materials in order to provide copies to the students.  Let me be clear, you can't go into the public-school system and just give a book.  I went before the academic community to review the concept of the book and as you can see with the document, it was accepted as something that they could use.  It certainly seemed like an ideal way to combine focus and forces to bring a positive influence to those who need it the most.  I agreed to produce for Baltimore City Public Schools 20,000 actually for the University of Maryland for the books for the Baltimore City Public Schools 20,000 books at a cost of 5 dollars each to the University of Maryland Medical System way of distribution to the Baltimore City School children.  Those first books were printed and shipped by Kromar on June 10, 2011, to the Baltimore City Headquarters at 200 East North Avenue and here is the shipping manifest.  The shipping manifest shows where Baltimore City Public Schools' Board of Education, 200 East North Avenue, Room 455, 20,000 Healthy Holly books and the phone number that when you're shipping the books.  At that time 20,000 were left with them and I received 2,000 books so that I could walk around with those books to the various schools as I was reading to them.  The delivery date, as I pointed out was on June 19[th,] and directly to the school system.  Let me remind you all that there is no contract, no date specific of delivery um that the book was to be produced and sent to the Baltimore City Public School System.  They were sent Fedex directly to the schools.

Two years later we produced just over 21,000 more books to Baltimore City Public Schools Healthy Holly A Healthy Start For Herbie.  1,500 of those books were shipped directly to me so that again, I could use them when walking around to the schools that I

visited.  Then on March 28, 2013, 18,500 books were shipped as before to the Baltimore City Board of Election at 200 East North Avenue, Room 405, and I also have a shipping manifest for that because the books get shipped directly to them.

Let's talk about book three.  In 2015, I provide the same for a book called Healthy Holly Fruits Come In Colors Like The Rainbow, 21,000 books were printed.  Again, 19,500 went directly to the schools, same address, and the other 1,500 went to me to walk around with and to visit schools.  It has come to my attention there remain some 3,700 books in a Pulaski Highway warehouse belonging to the school system.  I am making arrangements to retrieve those books in order to make them available to our children in our community.

Now in November of 2016, it was our intent again to print the new edition of the Healthy Holly Series, Healthy Holly Vegetables are not just green and distribute in early 2017.  University of Maryland Medical System paid 100,000 dollars for these books.  The shipment of these books to the Baltimore Public Schools is in the process of completion and was delayed.  There was no deadline to ship those books and I'll give you the prototype.

Now getting to the fourth book of the Healthy Holly Series into the hands of our children as soon as possible.  You all know that book number five we gave back the 100,000 because when November the 18th, the person who does our layout our book took very ill and is now recovering and as we have no date of her proposed return as she is undergoing a prolonged rehabilitation and that's why we returned those ones.  It is still my intention as I said even in returning those books, their 100,000 dollars that we will still produce those books at my own cost and make sure they're distributed to our Baltimore City Public School children.  Let me stress, the Healthy Holly Initiative was never about books, it was about a lifestyle.  We developed children books and then my thought process was what else can we do to send the message that our children need to live healthy and we need to make sure that we're providing every opportunity for them to be healthy, and so then I thought, why not a baby clothing line?  So we'll share those with you.  I began with my own design one for girls and one for boys and then, I um engaged a plant up in York, Pennsylvania.  A group of ladies, probably about 20 of them working in a manufacturing firm hoping that this line of clothing would become a real reality.  Again, the whole concept, you can bring the whole concept was to teach our children how to live healthier lifestyles.  These are the bibs some of them (showing baby bibs), and every city that I went into, the first thing I would be - would be to visit a children's bookstore or clothing store to see if there was anything being produced of this nature.  As you can see from the bibs, it was about teaching children to walk, run, crawl, skip, dance, some to eat healthier.  Play and crawl, walk, we did them in little, these are all the samples (shows baby clothes) the little caps. and my-my unique design of bottoms.  It's a little difficult to get out for the babies, but…again, just trying to send the message -- jump, walk, crawl getting our children to exercise early.   Then I thought, if I could teach them it's mostly teaching parents that these are some of the things their children should

be doing. I figured if they would wrap their children in blankets that just were frogs crawling or rabbits hopping, but sending the message to walk, run, jump, and these were the little onesies (showing baby clothes) -- trying to send the same message to walk, to play, to crawl, and the same thing here with the messaging swim, jump, play, walk, run, crawl. Crawl, walk, skip, play, jump, just trying to get our children to exercise, and then we developed and gave out hundreds of these across the city. This is emanating the-the book uh with the jump ropes so we passed those out along with the Healthy Holly uh trying to get our children to jump rope envisioning having jump rope contests. There are a number of other products that we wanted to be able to give away to families to get them to understand the importance of getting your children to exercise. Let me just say, I understand the concerns that have been raised by members of our community. As you all know, we've made some disclosures this was indeed an unintended consequence. I will continue to write, it's something I have been doing for years and I look for ways to inspire our children. For me there is no more urgent priority then clear pathways for our young people. It is our collective responsibility and obligation to give young people every indication that we care for them and we care for their future. I am deeply sorry for any lack of confidence or disappointment which this initiative may have caused of our Baltimore City residents, friends, and colleagues. In hindsight, this arrangement with the University of Maryland Medical System was a regrettable mistake. I also wish to apologize for causing any reputational damage to the University of Maryland Medical System. As your Mayor, I am committed to conducting my office in a way that maintains your trust and reflects only positivity on our city. I hope that I have helped to clarify my motives and also make clear that the collaboration with the University of Maryland Medical System that led to the printing and distribution of thousands and thousands of books for young children in our community. I do hope that we find out from the school system where the rest of those books are, and let me just say, that because this matter is under review, along with arrangement of other programs of the University of Maryland Medical Systems I have been advised that I cannot take questions but I can tell you that this has been very concerning and I thank you for listening. Thank you.

UMR#1:   Who approached who about this deal? Did you approach them?

UMR#2:   Can we see the manifest for book three? The shipping manifest? Do you have that?

MCP:     Yes, the manifest, yes.

UFR#1:   Will we be able to get copies of the shipping labels?

MCP:     Yes.

UFR#2:   Mayor Pugh did you sell books to any other entity besides the University of Maryland Medical System?