| April 10, 2017 |
| --- |
| Monday |

| | |
| --- | --- |
| All Day | Russell Powell (Mayor's Office Computer Support) - OOO -- Please contact Chris Austin, chris.austin@baltimorecity.gov, 301-730-1281, for any IT problems you may have |
| 12:00 AM - 12:00 AM | Tom Stosur - OOO -- Assistant Director Laurie Feinberg will be in charge for Planning, Laurie.feinberg@baltimorecity.gov; For any urgent matters, please call my cell |
| All Day | **REMINDER** Closed-toe, closed-heel, and <1.5" heel shoes must be worn on the Amazon Tour |
| All Day | **SINE DIE** |
| 7:30 AM - 8:40 AM | Mayor to HOST Breakfast with NAACP -- Mayor's ECR<br>Contact/Staff/Briefing: Afra. |
| 9:00 AM - 10:00 AM | Mayor to TOUR Amazon Fulfillment Center -- Amazon Fulfillment Center, 2010 Broening Highway, Baltimore, MD 21224 |
| 10:00 AM - 10:30 AM | TRAVEL TIME |
| 10:30 AM - 11:30 AM | Mayor to MEET with Jim Anderson, Bloomberg Philanthropies -- Mayor's Office |
| 11:30 AM - 12:00 PM | FREE TIME |
| 12:00 PM - 8:00 PM | **POST** Premium Cigar Retailers Association and International Premium Cigar & Pipe Retailers Association Sine Die Event -- Annapolis Cigar Company- 121 Main Street Annapolis, MD 21401 |
| 12:00 PM - 4:00 PM | **POST** Maryland Chamber of Commerce Sine Die Open House -- 60 West Street, Annapolis, MD 21401 |
| 12:00 PM - 3:00 PM | **POST** BCPD Western District Easter Egg Hunt -- Lillian Jones Recreation Center, 1310 N. Stricker Street, Baltimore, MD 21217 |
| 1:00 PM - 4:00 PM | **POST** Law Offices of Alexander & Cleaver 22nd Annual Sine Die Open House -- 54 State Circle, Annapolis, MD 21401 |
| 1:00 PM - 2:00 PM | Mayor to ATTEND Briefing re: Next Steps with the DOJ -- Mayor's ECR<br>Requestor: Tisha Edwards. |
| 2:00 PM - 11:30 PM | SINE DIE -- Annapolis, MD |

## April 10, 2017 Continued
Monday

| Time | Event |
|---|---|
| 2:30 PM - 3:00 PM | Mayor to RECORD TESTIMONIAL VIDEO with Corrigan Sports re: Baltimore Running Festival -- Mayor's Ceremonial Room |
| 4:00 PM - 8:00 PM | **POST** John Pica & Associates LLC -- State House Inn, 25 State Circle, Annapolis, MD 21401 |
| 4:30 PM - 11:30 PM | **POST** Capitol Strategies, LLC Annual Sine Die Party -- One State Circle, Annapolis, MD 21401<br>NOTE: Time in invitation is 4:30PM til |
| 6:00 PM - 7:00 PM | **POST** Community Seder Baltimore Jewish Council Sine Die Event -- 11 Bladen Street, Annapolis, MD 21401 - Miller 2 West |

## April 11, 2017
Tuesday

| Time | Event |
|---|---|
| 12:00 AM - 12:00 AM | Russell Powell (Mayor's Office Computer Support) - OOO -- Please contact Chris Austin, chris.austin@baltimorecity.gov, 301-730-1281, for any IT problems you may have<br>Please See Above |
| All Day | Tom Stosur - OOO -- Assistant Director Laurie Feinberg will be in charge for Planning, , Laurie.feinberg@baltimorecity.gov; For any urgent matters, please call my cell<br><br>Please See Above |
| 8:15 AM - 8:30 AM | Mayor to INTERVIEW with Larry Young |
| 9:10 AM - 10:00 AM | Mayor to PARTICIPATE in Alta 47 Groundbreaking -- Block B, 1520 Beason Street, Baltimore, MD 21230 |
| 10:30 AM - 11:00 AM | TRAVEL TIME |
| 11:00 AM - 12:00 PM | Mayor to PARTICIPATE in Enoch Pratt Free Library Mobile Jobs Unit Unveiling with Calvin Butler -- Touchpoint, 2401 Liberty Heights Avenue, Baltimore, MD 21215 |
| 12:00 PM - 12:30 PM | TRAVEL TIME |
| 12:30 PM - 1:30 PM | Mayor to MEET with UA Real Estate Group re: UA Campus Presentation -- Mayor's ECR |
| 1:30 PM - 2:00 PM | Mayor to MEET with Catalina and Anthony re: Safe City Baltimore -- Mayor's Office |

| April 11, 2017 Continued |
| Tuesday |

| | |
|---|---|
| 2:00 PM - 2:30 PM | Mayor to MEET with President Hrabowski -- Mayor's Executive Conference Room |
| 2:45 PM - 3:15 PM | Mayor to RECORD Tax Credit PSA -- Charm TV |
| 3:30 PM - 4:30 PM | Mayor to ATTEND Meeting re: Fiscal Year 18 Budget Follow Up -- Mayor's ECR |
| 5:00 PM - 5:30 PM | Mayor to MEET with Tyrone Powers -- Mayor's Office |
| 6:30 PM - 8:30 PM | Mayor to HAVE DINNER with John Frisch and Al Hutchinson -- Center Club, 100 Light St # 16, Baltimore, MD 21202 |