**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: DKC-19-00541** |
| | ) | |
| **CATHERINE E. PUGH** | ) | |
| | ) | |

**ORDER**

Before the Court is the Defendant's Motion for Leave to File Sealed Materials. The proposed materials to be sealed are portions of a sentencing memorandum as well as portions of Exhibit A, and Exhibits D, E and F thereto in their entirety.

The Court has come to the conclusion that these materials contain sensitive and confidential medical information and third party identifying information which should be placed and remain under seal.

For these reasons and for good cause shown, the Defendant's Motion for Leave to File Sealed Materials is **GRANTED**. It is further **ORDERED** that those portions of Defendant's sentencing memorandum that contain medical information, including Exhibits D, E and F thereto, and confidential identifying information concerning third parties contained in Exhibit A, shall be SEALED until further order of this Court.

**SO ORDERED,** this ___ day of February, 2020.

_____
DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE