Honorable Deborah K. Chasanow

US District Judge

C/O Steve Silverman, Attorney at Law

Re: Catherine Pugh

Dear Judge Deborah K. Chasanow:

I am writing this letter as a character reference for Catherine Pugh. I have known Catherine for 18 years when we joined a public service organization together in 2002. She has always been very sweet and kind to me. Every time I saw her, she would greet me with heartfelt smile and hug.

Catherine is a very genuine person that truly cares and has worked tirelessly for her community. She has served our community in so many capacities. I remember watching her on television during the Freddie Gray riots and I was proud to call her my friend. She truly loves the inner city youth and has done so much for the City of Baltimore.

I was shocked, surprised and saddened of the recent events and charges. In light of these charges, my hope and prayer is that ALL the good Catherine Pugh has done is remembered when decisions are being made.

She is a remarkable woman and I am still proud to call her my friend.

Sincerely,

Staci Loftin Roberts

## Statement from John J. Oliver, Jr, Former Publisher and CEO of the AFRO American Newspapers (1984-2017) in Support of Leniency for former Baltimore Mayor Catherine E. Pugh
### (Receiving No or Very Little Prison Sentence)

**To Whom it May Concern,**

As the Publisher and CEO of The AFRO American Newspapers (the "AFRO") from 1984 through 2017, I have for many years had plethora opportunities to work with, report on, and support former Baltimore Mayor Catherine E. Pugh (the "MS Pugh"). My experiences with the former Mayor over the years were all positive and practically in every case clearly reflected her commitment for improving the environment of the entire Baltimore community.

On becoming the Publisher of the AFRO in 1984, I first met MS Pugh who herself, at that time, was a publisher of a competing Baltimore African American newspaper. Instead of wasting our time battling over editorial turf, MS Pugh became an important ally in reporting on and assisting whenever possible the implementation of the improvements Baltimore's first Black Mayor, Kurt Smoke, was attempting to introduce.

When MS Pugh was elected to the Baltimore City Council in 1999, I had no problem endorsing her election. Thereafter her career in politics blazed a positive trail not only for her councilmanic district (4th) but also for her succeeding constituents in the number of elected political positions she would thereafter occupy until her election in 2016 as Baltimore's 50th Mayor.

While I do not understand nor condone the actions MS Pugh has admitted to committing during her term as the Mayor of Baltimore, I cannot ignore the many years this lady has nevertheless dedicated her

complete existence to improving and addressing the civic needs of the citizens of Baltimore city.  If her actions absolutely require her being sentenced to prison, I believe her service should clearly justify her being accorded the most lenient prison sentence required by law.

*John J. Oliver, Jr*

Emeritus Publisher & Past CEO
AFRO American Newspapers





Thursday, February 13, 2020

To: Judge Deborah K. Chasanow

6500 Cherrywood Lane

Greenbelt, Md. 20770

RE: Catherine Pugh

Dear Judge Chasamow,

It is without hesitation and a pleasure that I have grown to know Catherine Pugh not as a politician and as a friend.

Catherine Pugh is unselfishly & undeniably intelligent & compassionate. I have known Ms. Catherine Pugh for over 35 years and have watched her become a true Baltimorean. Catherine is someone who loves her community, church & friends.

In the scale of life, Catherine's good deeds are a measure of her true heart.

Sincerely

*James Britton*

James Britton

President

Class Act Café & Catering

Cc: file

Honorable Judge Deborah K. Chasanow

c/o Steve Silverman, attorney at law

From:  Tiffany Foster, ███████████████████████████

Judge Deborah K.  Chasanow

I am writing letter in support of Catherine  E Pugh. You will be sentencing her soon and I am hoping you will be merciful on that day.

You see, Catherine E Pugh has been a role model for many young black women like myself in Baltimore City.  Catherine has made some mistakes while in office as Mayor. She did  take full responsibility for all that has led to this day.  Even in this she is teaching us that even in times of trouble you can learn from your mistakes. II continue to pray for her.

I used to work with Ms. Pugh when she was a city council person.  Once, in an elevator, we spoke about business fashion.  She encouraged me as I was only a temp administrative assistant.  She gave tips on how to present well, dress professional, and work hard!

It was a blessing to see her go on to become a State Senator and then the Mayor. Black girls needed her.  Even though she's no longer Mayor, we still need her. I am asking that you consider sentencing her to community service where she could learn humbly while helping others learn to be accountable. To me, and women like me, we have learned that no matter how high your position, you have to surround yourself with people better than you are.  I think a part of Catherine's downfall was poor decision making regarding the people that were directly surrounding her.

Mayor Pugh  made Baltimore City Community College FREE.  My girls can now go to college without me having to sacrifice financially.

Please  consider sentencing  Catherine E Pugh to dedicate real time being of service to people in need.  That would represent double accountability.   Her working for the least of our city would truly be fitting for her.  She may have done wrong, and yet she has done so much good.  Have mercy on her please.


Thank you.

Sincerely,


Tiffany Foster

February 14, 2020

Presiding Judge Deborah K. Chasanow
United States District Court for the District of Maryland

**RE: Character Reference for former Mayor Catherine E. Pugh**

Your Honor,

This letter is aimed to present the good character of former Mayor Catherine E. Pugh. I met Ms. Pugh about three years ago while attending Bethel AME Church in Baltimore City. My first impression of her was that she was passionate for Baltimore City and a woman of faith. While attending church and interacting the community, I involved myself in community work in the city and saw the great work she was doing for my beloved Baltimore. Therefore, I prayerfully decided to apply for a vacancy in her administration to be the Director of the Office of Civil Rights and Wage Enforcement, now the Office of Equity and Civil Rights, to support her efforts in ensure equity for citizens that were historically marginalized. I believe as a result of prayer, former Mayor Pugh appointed me to lead this great agency to make a difference. While working for Ms. Pugh, I observed her being considerate, effective, and dedicated to the well-being of others and citizens of Baltimore City. In fact, Ms. Pugh received many honors for her work and dedication to people. She is well-regarded by many members of my church family as well as my community. When emergencies arose in our city, she was responsive to, and heartfelt for, the needs of residents. I always observed former Mayor Pugh to conduct herself with compassion and fortitude.

I am aware that Ms. Pugh pleaded guilty to four counts pursuant to her indictment. However, I want to humbly express to you that she is not a fraud, and unfortunately, this situation was probably one-of-a-kind. I truly believe (from talking to Ms. Pugh at church) that she is extremely sensitive to her transgression and is truly repentant for it.

I hope this letter gives you an idea of her good character. I hope that you will provide Catherine Pugh a second chance because her leadership, love, and dedication will be better suited in the community for service instead of incarceration. Thank you for taking time to read this letter.

Humbly submitted,

Darnell E. Ingram, Esq.

January, 31, 2020

Honorable Deborah K. Chasanow
C/O Steve Silverman, Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770

RE: Catherine E. Pugh

Dear Judge Chasnow:

I am writing this letter as a friend for Catherine E Pugh. Catherine and I have been friends for over twenty years. I met Catherine at her church, not as a politician but a woman of God. My experience with her as a Christian has been just that. She was always reaching out to help Others by showing love and compassion. I am the president of *Mothers and Grandmothers against Violence God's Way.* She has been an advocate for this organization, helping any way she could. She was always extending a helping hand.

He without sin throw the first stone. We all make mistakes in life. I am asking that you consider the person as well as the crime. Thank you for taking the time to read this letter.

Thank you,

Evangelist Sheila Smith

███████

**Quincey Gamble**



The Honorable Deborah K. Chasanow
U.S. District Court for Maryland
c/o Abigail Ticse, Esq.

February 11, 2020

Dear Judge Chasanow:

I am writing this letter in support of my friend, former Maryland State Senator and Baltimore Mayor, Catherine Elizabeth Pugh. I have known Catherine since 2005 and have worked with her in my capacity as political director for 1199SEIU, as executive director of the Maryland Democratic Party and in my role as a campaign operative and strategist for the Democratic National Comittee and several prominent local, state and national campaigns. I also consider her to be a great friend, mentor and advisor.

The Catherine Pugh that I know is an honest, dependable and hard-working public servant who goes far beyond her role as an elected official to provide leadership and mentorship to so many people in our community. I have many friends and colleagues who have told me of incidents where Catherine has literally been a bridge over their troubled waters and a saving grace in their time of chaos.

I hope that as you consider her fate, you will be mindful of the incredible contributions that she has made to our city and state. She has put forth legislation and established policies that created and/or expanded opportunities for Baltimoreans to have greater access to jobs, education, healthcare and more. She has created initiatives, organizations and opportunities that have greatly benefitted our city, principally her role in the creation of the Baltimore Design School and the Baltimore Marathon.

The misdeeds that have brought Catherine to this point are wholly inconsistent with the person I have grown to know, trust and admire. I know that her actions have caused great harm to the city but I still believe that her positive contributions are far greater than her mistakes.

I am hopeful that you will look at Catherine's life and her service to our community in totality and grant her leniency and grace so that she can have a path towards community reconciliation and personal restoration. I appreciate your service to the court and have great respect for the enormity of your responsibility. I am praying for all parties involved in this unfortunate matter.

If you need to contact me, I can be reached at ▮▮▮▮▮▮▮▮.

Sincerely,

Quincey D. Gamble

Sabrina W. Bush



February 12, 2020

To: The Honorable Deborah K. Chasanow
    U. S. District Judge
    6500 Cherrywood Lane, Suite 400
    Greenbelt, MD 20770

c/o Steven D. Silverman, Esq.

Dear Judge Chasanow:

I am writing this letter to ask for leniency for Catherine Pugh, who will be appearing before your court for sentencing on February 27, 2020. I have known Catherine Pugh as a fellow professional in the Baltimore community and as a fellow member of a national public service organization for more than twenty years. I was both troubled and surprised to hear about her recent case as she has always been a solid, reliable leader, friend, and sister. It is for this reason, that while I understand the seriousness of this matter, I write this letter in full knowledge of the charges to which she has pled guilty. I pray that the court will show her some leniency.

The Catherine Pugh that I know, kindly counseled and gave sisterly support to my now husband as he began the search for the engagement ring that I have been wearing for more than twenty years. That story has always been a part of the story of "us" and is integral in the fabric of our genesis of our family.

Together we became members of a national public service organization and during that process we had many opportunities to discuss her vision for the many ills that plague our community. I know without a doubt that through her professional endeavors, her church, and her political career she has always carried the needs of her people in her heart. I have a very vivid memory of watching her hugging an angry young man on the streets of Baltimore when our city was erupting in flames and violence during the days after Freddie Gray's death.

I can tell you without a doubt that she is remorseful for what she has done and what she has failed to do. Catherine has stood in a courtroom and accepted responsibility for her acts, which I find rare in the world these days. She has been publicly denounced and humiliated. In private conversations, she has also acknowledged her failings; and that is why I am writing this letter.

After a lifetime of service to others and with an otherwise clean record, as well as her commitment to her community, I am sincerely asking that you consider a lesser sentence that will allow her to make restitution while still remaining a beloved and valued member of our community.

Respectfully,

*Sabrina W. Bush*

Sabrina W. Bush

February 5, 2020

The Honorable Judge Deborah K. Chasanow
6500 Cherrywood Lane
Suite 400
Greenbelt, MD  20770

Dear Judge Chasanow,

The golf Pro said, during our Women's Golf Clinic, that men didn't really want women on the golf course because we talked too much, took too long to move from one hole to another and no one could progress until we moved.  He seemed gruff and impatient to me, but he was the Pro, the person from whom we were supposed to learn the rules and skills necessary to play the game.

I was timid and nervous as he spoke, but a few minutes later Catherine Pugh showed up and everything changed.  I watched the golf Pro transform before my eyes as he beamed with pride when he introduced her to the crowed class.  He talked about how she had what it took to be successful at the game because she was so focused.  He mentioned that he would be there on any given day at 7:00 am and would find Catherine all by herself practicing her craft over and over.  For him, that was the kind of commitment required to play the game, and that was how he introduced her.  What he didn't know was that she was no stranger to us.  She was a sister, a friend, the person many of us looked to and admired.  What he couldn't know was that I had come to know Catherine Pugh more than 25 years earlier and saw those same qualities in her then.

Catherine Pugh was the Editor-in Chief of the African American News and World Report Newspaper, a paper she had started, and she gave me a student internship when I was a Journalism student at Towson State University.  I had the opportunity to watch her in editorial meetings with the small staff of writers and was so impressed that she was more like a colleague than the boss.  She listened to ideas, asked pointed questions and always had a different point of view that the writer seemed to have missed.  Her comments were always to help the person do a better job, to look closely at an issue to be sure every question had been adequately addressed.  That is who I know Catherine Pugh to be, a person who always wanted to help others be the best they could be at whatever they wanted to do.  Those are the qualities of a dedicated public servant and that is who I know Catherine Pugh to be.  Thank you for your time and the opportunity to present her to you.

Sincerely,

Bernadette Adams

I met Catherine Pugh in 2007. I was running for state delegate and she was running for state senator. I never will forget the first call she made to me. She was so excited about running for state senator and all the things that she wanted to do to help people. And she did all of them.

Her and I immediately became friends.  Our relationship like most had their ups and downs. Whenever the dust settled we always ended up just how we started. Real good friends.

Cathy had a lot of goals and a lot of dreams that she wanted to accomplish over the course of her life. Some of them she did accomplishing and others she didn't. She always has something encouraging the show with me and with others.

She has spent her career giving back to people. She didnt make a whole bunch of money. It was never about that for Cathy. Her pleasure came in being able to help people.

She wasn't like a lot of politicians who talked about helping people through different type of legislation or program. She helped people herself. During the Freddie Gray riots everyone remembers her being front and center. I remember that was a young man who have been arrested on North avenue. The young man was in the mortuary is with me and with others. He got in some trouble when a gun he was carrying when off. she didn't immediately condemn this young man because like me she had met him and she knew he had some problems. She went to jail to visit him and found out his mother sick from HIV. She found out that he was her primary caregiver. And she went and help his mother at his request. No one knew about this this did not make the press. The only three people who knew was the young man, his mother and me. That's the way she she did things. the things that would have probably got her a lot of recognition and a lot of applauses she did in private and from her heart.

She want a little farther than the average politician. She went into her pocket and took her own money and gave it to people who were in need. even though she was struggling at times to make her own ends meet she did not find it burden to give what she had.

 I never will forget when I was a foster parent and I had all of these boys who I knew that if I sent back to foster care they would be lost. One day my lights got turned off and Cathy went into her own pocket and gave me money to get my lights back on. I was able to re-establish myself in all five of those boys are grown now. They refer to her as Aunt Cathy. she have one of them with college and today he is doing well and living in Miami Florida.

One time she met a lady  on the street who was homeless with her children. Cathy got city services to help the lady find a place to live. Once she found a lady a place to live. Once again she went in her own pocket to make sure that the lady had food and furniture so that they would not have to sleep on the floor.

Those are the stories that are not being told. She has spent her entire career giving to people. Whatever she learned she gave a lot of it away to helping people.

She drove around in an old beat up Cherokee for years. Driving a fine car was not it important to her. Being able to be in service to her community was more important than material stuff.

I cannot even count the number of nights that she called me at 2am in the morning and we will talk almost to the break of day about what she wanted to do in Baltimore even before she

became mayor. She was supper excited about new programs to help young men. She was so excited about being able to get young people off the street.

There was nothing more important to her than a young boy is she saw one day on her way to a meeting. He was standing on the corner squeegeeing. And she yelled out of the window go to school. Those are the actions of a black mother concerned about black children. I used to hear that motherly concern for other mothers when I was a kid. That was over 45 years ago. And in this day and time Cathy still has the spirit of a community mother. In Baltimore black children need the love of black women like Cathy to challenge them to do better and she did that for this black boy.

One night her and I was talking about the story in the paper. I said, Cathy you go back and find that kid. She said you know what I am.  She went back and she found him. He was dirty and needed a bath. she took this kid back to her office and clean them up and put him in clean clothes.

She invested in him and she loved him. And at one point she thought about taking this kid in to live with her. his mother had a history of substance abuse. She lost her kids to the system before. His mother lost him again to the foster care system.

 Cathy really wanted him to live with her but she was afraid that she was not able to spend the time that he needed. She remain active and involved in his life and she was so proud of him she supported him financially she supported whatever he wanted to do just like a mom. She had become a mother. And I can hear it in her voice and see it in her face she loved him. She even helped him get into a Catholic school in Southeast Baltimore. She paid for his school uniforms. once she made his whole family a part of her schedule to make sure the family was able to go to an appointment. She took them in her own City truck.

I'm a long time activist in Baltimore. I have been critical of every elected official and public official. And I did not hold back my criticism of Cathy even in this case. I know in my heart that if it's any official who was sincere and who is cared for the city of Baltimore, it's Cathy. She didn't pal around with the other politicians. Her friends were the citizens of the city who she will call and talk to. She made all of us feel important. She was assessable. .I heard them talk about her personal phone. They should have start in the personal phone all of the text messages and phone calls and she made the citizens. She called us like she was family and she talked to us like we were family.

She has not only helped people find places to live, clothed kids, paid utility bills, she's help people pay house notes, rent and keep their cars but she help us find our way.

Cathy is an angel and nobody talks about the angel Cathy Pugh.

It is in my prayer, as one of her biggest critics and her friend who love her dearly, you would give her mercy. She has suffered enough. What good does it serve to imprison a 70 year old lady who was given to many for fives years. That is a death sentence. She doesn't deserve that. She has paid an enormous price. These are golden years. The sun is setting over her life. To come to this evening and to be faced with was he is faced with is more than enough suffering.

This deed is not a reflection of all the years of service and kindness she has shown to me, my sons and so many other.

Whatever she had she gave it to people in need. She is the epitome to kindness.

Cathy is more than what's being portrayed in the press and by federal prosecutors. There much more to the story of Catherine Pugh. even through my struggles with substance abuse and addiction. She was my anchor. When I went to treatment in California. she called me every other day just to check on me.

I thank God for Catherine Pugh everyday. I know it's a lot of people in this city who voices you would never hear thank God for Catherine Pugh coming our way and being our friend  When nobody else stood by us she did.

Judge I am praying that you would be merciful. I know that if given the opportunity she's going to come back and serve this community like she has always done. That commitment to loving people often neglected an overlooked is in her heart. it is a part of a character. It is who Cathy Pugh is. That's a real fingerprint. So sweet. So kind. So generous  So loving.

Please be merciful. If anyone needs some mercy its Cathy. Please show her some love like she has shown so many broken people. If she gets anything out of the totality of all has given please show her that same kindness that she has shown so many of us when she needed the most.

Kinji Scott



**Bethel African Methodist Episcopal Church**

**Rev. Patrick D. Clayborn, Ph.D.**
Senior Pastor

February 14, 2020

Judge Deborah K. Chasanow
6500 Cherrywood Lane
Suite 400
Greenbelt MD 20770

c/o Attorney Steve Silverman
201 N. Charles St
Baltimore MD 21201

Dear Judge Chasanow,

I am Patrick Clayborn, I serve as the pastor of Bethel African Methodist Episcopal Church in Baltimore, MD. I have been the pastor here since September 4, 2016.

Sis. Catherine Pugh was a member of our church for many years prior to my appointment as pastor. As a church member, she was very active - particularly in our media ministry. As Mayor, she and her staff included Bethel and our neighborhood in a tour to discuss problems and solutions for the community. She has done a plethora of other good things as Mayor of our city and as a member of our church.

However, I am aware of the charges to which she has pleaded. In the midst of her legal issues and prior to her resignation as Mayor, she came to me and asked for spiritual guidance. After giving her spiritual direction in prayer and the scriptures, I found her to be honest about her transgressions and claiming ownership of her wrongdoing. Sis. Pugh is repentant and wants very much to live a life that will bring healing to our city and repair all that has suffered in the process. I believe she is deserving of second chance.

I hope this will give you insight as you deliberate over your judgement for sentencing. Please feel free to contact me if you have any questions or concerns.

In the Grip of His Grace,

Rev. Patrick D. Clayborn, Ph.D.

**Bethel AME Church** Healing, Help, and Hope

 www.Bethel1.org



The Honorable Deborah K. Chasanow
U.S. District Court for Maryland
c/o Abigail Ticse, Esq.

February 9, 2020

Dear Judge Chasanow:

I am writing this letter in support of my friend, former Baltimore Mayor Catherine Elizabeth Pugh. It is my hope that you will consider Catherine's decades of service to the Baltimore community as an elected official, business leader, advocate and civic leader as you determine her sentence for the unlawful acts that she has pleaded guilty to.

I have known Catherine for over 20 years. I have watched her work tirelessly to spur progress and equity in our community. She is undoubtedly one of the most consequential figures of this era in our city and our state. She has been a leader as an elected official and as a good citizen and neighbor. Whether it is her time on the Baltimore City Council, the General Assembly in Annapolis or as Mayor, Catherine has had an incredible positive impact on our community. From starting the Baltimore Design School or the Baltimore Marathon to the many young men and women she has helped to mentor and guide in her private life, Catherine has consistently used her talent and abilities to pour into the lives of those in our city who needed guidance, support or inspiration.

I could go on and on about Catherine's efforts to help others in her capacity as an elected official and as a private citizen, the depth of her commitment to those who are disadvantaged or simply in a season of struggle in their lives. I have always found her to be a person that is honest, reliable, consistent and effective. Perhaps the greatest example of Catherine's immense skill, empathy and the respect she carries is her presence on the streets of Baltimore during the civic unrest that plagued our city in April 2015. Along with the late Congressman Elijah Cummings, Catherine literally spent 72 straight hours at the epicenter of the chaos, leading Pastors, law enforcement and others as we tried to bring calm to our community. I witnessed her talk young men into putting down their weapons and going home as to not do any further harm or damage to property or persons. In my estimation, no one is more responsible for getting the situation under control than Catherine was. She was an absolute hero in that moment and Baltimore would have suffered much more damage if not for her efforts on some of the toughest streets in our city.



I do not wish to minimize the damage of the actions that Catherine has pleaded guilty to, but I can say without hesitation that those actions are wholly incongruent to the person I know and have worked with. As a Pastor, I can say that Catherine has been a friend to the community of faith, always reaching out to see how she could help us further our mission and be effective in our ministries. My faith teaches us that all have fallen short at some point in our lives, and that all of us are the beneficiary of God's grace and mercy. I implore your honor to consider the totality of Catherine's contributions to our community and the potential for her to do good work on behalf of others who desperately need help. I believe that Catherine still can author another great chapter of her life and she has my full support as she moves forward with her life.

I appreciate the opportunity to speak to you on behalf of Catherine and thank you for your service to the court. I am praying for you as you undertake this awesome responsibility

Sincerely,

Dr. Jamal Harrison Bryant



# Union Baptist Church



Website: unionbaptistmd.org
#UBC4U
*The Servant Church: To Worship, To Serve, and To Empower*

February 12, 2020

The Honorable Deborah K. Chasanow
U.S. District Court for the District of Maryland
   c/o Abigail Ticse, Esq.
Silverman, Thompson, Slutkin & White
201 North Charles Street
Suite 2600
Baltimore, MD 21201

Dear Judge Chasanow:

This letter is in support of Ms. Catherine E. Pugh as you consider her sentencing. I've known Catherine for more than 40 years. She has always been a leader, thoughtful and deeply involved in the advancement of the community. As a student at Morgan State University she distinguished herself in her studies. As she began her career, she founded the African American News and World Report newspaper. She wrote about positive stories that impacted the community. I was the recipient of one of her early feature stories that described my work creating a city-wide ecumenical organization named BUILD. The publicity she generated for me assisted me in advancing my career from a community organizer to an Executive Director.

She partnered with Mrs. Dorothy Brunson, who was an owner of media stations, they created a community based business partnership that acquired and built a commercial strip on Liberty Road.

She was elected as a City Councilperson and was extremely assessable by her constituencies. The hallmark of her political life was her constituent services.

I ask that you provide her with every possible mercy in the sentencing of Ms. Pugh. She is very remorseful and is horrified by the possibility that she may be sentenced to imprisonment.

As a Pastor of the Historic Union Baptist Church, I have prayed with her and counseled her. She by no means is wicked, she was just weak. I commit my ministry and resources to help her get strong and to work with her to rehabilitate herself under the watchful eye of our ministry.

Sincerely,

Rev. Dr. Alvin C. Hathaway, Sr.
Senior Pastor

The Honorable Deborah K Chasanow,

US District Court Judge

c/o Steve Silverman


Dear Judge Chasanow;

Let this letter serve as my character witness for Catherine Pugh

My name is Daniel Brunson and I graduated college, started my first business in Baltimore City F and F records in 1998, and have been doing business in Baltimore City since presently owning a Computers Company Dataflow Computers 1265 East Fayette Street 21202. I have been doing business in Baltimore for over 25 years and I dedicate this to Cathy Pugh.

As I was growing up I was not the best child growing up. Being the son of Dorothy Edwards Brunson owner of WEBB Radio in Baltimore City, I had many thing and was confused about what is important and what is not. Cathy being my god mother gave me a guiding light of love to help me not be so confused in life. This help me turn my life around when I was young and on drugs. If not for her and my mother guidance I believe I would still be using drugs. I remember my god mother telling me clearly "you were not raised that way" and those word made me turn my life around. I finished college and started my first business at the age of 26. I believe that I could run my own business from my god mother and mother examples, this gave me strength. I may not thank her enough for those words but if not for my godmother I would not be the man I am today. She has always been an example in life of what to strive for. Even to this day I try my hardest to impress her with my business skills and helping others in life.

My godmother is one of the most honest and hardworking people that have ever graced my life. I always watched her help others and have volunteers numerous time that did not make any news or any publicity at all. This example help me to mentor 3 kids in my life who have all graduated college and are doing well in life. She is an example of how to live life and a good one. I strive to be more like her.

Finally, I remain proud of my Godmother even though she is before you taking responsibility for the actions that led her to this courtroom. I ask you to consider the good she has done for me and others. My prayer and hope is you give her community service. I know she will never appear in this court again. Thank you

Sincerely

Daniel Brunson

2/13/2020

The Honorable Deborah K.  Chasanow
US District Court Judge
C/o Steve Silverman, attorney at law
Dear Judge Deborah K.  Chasanow:
Let this letter serve as my character witness for Catherine Pugh

        I have known Ms. Pugh my whole life and my mother, Dorothy Edwards Brunson (Communications Mogul of WEBB, WGTW, and much more) chose her to my brother and I's God Mother. They were each other's best friend, business associates and advocates until my mother passed in 2011. The death of my mother had a profound impact on all of us including Ms. Pugh who also considered her a mentor.  She helped us plan her funeral. She has been an advocate of my success as long as I can remember. She was there for me while attending HS at the BPI. She has been instrumental in guiding me through my College years at Morehouse College. We have worked together on many community projects throughout my adult life. I remember her braiding my son's hair at a family cookout and many other cherished moments. She has always been a valued mentor in my life and has counseled me in many moments of need and frustration. Though she has no children, my brother and I consider her to be a second mother, and since my mother's passing, she's been there for us in too many ways to mention.

        I have always known Ms. Pugh to be a writer, runner, poet, chief editor, advocate for the underprivileged and fighter for the needy. She has done many things for the region and the world at large including a local community talk show and fish statues to promote the diversity and Uniqueness of the region. Her dedication to building better communities and uplifting the African American community has always inspired me. She has always been at the forefront of social change and injustice.

        I've seen her help so many people through her political, business, and social connections. From Building schools to missionary work. From helping to pass laws for the betterment of our community to leading marches and other community activism events and movements. She has always been an advocate for healthy living and an active lifestyle. She has been an advocate for many healthy life choice endeavors like creating the Baltimore Running Festival and neighborhood and community walks. She also has been at the leading edge of Women's rights, Laws and Issues. Ms. Pugh has demonstrated this by creating the Women's Crusade against Crime and being a leader in both the State Women's Caucus and the National black women legislators.

In conclusion, you will make a decision that will impact the rest of her life. I know she has suffered greatly through all of this and I am praying for her complete recovery . I have known her to always take responsibility for her actions.  We ask that you take in consideration the good she has done and show mercy in your decision.  She has done so much good and can do so much more.

Sincerely,

Edward Ross Brunson

2/13/2020

2/13/20



*Bethlehem African Methodist Episcopal Church*



Reverend Dr. Marietta Ramsey
*Founder~Pastor*

**Steward Board**

Gail Marie Watts,
Chairman, Pro-tem

Annie Briscoe
Ronald Briscoe
Robin Michaux
Genevre' Bradshaw

**Trustee Board**

Nikki Green-Gill,
Chairman, Pro-tem

Germaine Bradshaw

Wanda Carter

Letitia Wade

Bernard Watts

February 10, 2020

Judge Deborah K. Chasanow
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Dear Judge Chasanow,

I greet you in the precious name of our Lord and savior Jesus Christ. This correspondence comes to ask your compassion in the sentencing of Catherine Pugh on Feb. 27, 2020.

I have known Cathy now for over thirty-five years. We met at Bethel African Methodist Episcopal Church under the pastorate of then pastor, now Bishop John R. Bryant. We served as servants of God at Bethel for years in various leadership positions. Over the years we became good friends as we both sought to serve the "Body of Christ".

I am now the proud pastor and founder of Bethlehem A.M.E. Church and in June we will celebrate eighteen (18) years. When we moved into our current location Sis. Pugh came to worship with us one Sunday to encourage us as a new church struggling to get established. Over the years I have found my sister-in-Christ to be spiritual and supportive of God as well as His church.

As a pastor I have had to sit before my parishioners and hear them proclaim that they have messed up and made a very serious mistake. I clearly understand because as humans we are not perfect and at times we will become side-tracked and make some horrible mistakes. For the Bible says in Romans 7:19 **"For the good that I would I do not: but the evil which I would not, that I do."** I always remind them that if we confess and ask God for forgiveness he will forgive us and grant us grace and mercy. Lamentations 3:22 says, **"His mercy is new every morning".**

I am eminently clear that you are a judge and not God. However, I believe at times God favors us to function in positions that give us the power to grant his sons and daughters grace and mercy. I see this as one of those occasions and therefore, I send this letter praying that when you sentence Sis. Pugh you will find some grace and mercy for her.

Thank you for reading my letter and giving consideration to my request. May God continue to bless and keep you as you serve?

Amazed by His Grace,

*Marietta Ramsey*

Rev. Dr. Marietta Ramsey

February 12, 2020

The Honorable Deborah K. Chasanow

United States District Judge

c/o Steven Silverman, Esquire, Attorney at Law

Re: Catherine Pugh

Your Honor,

I am respectfully asking for your leniency in the sentencing of former Mayor Catherine Pugh. I first met Ms. Pugh about twenty years ago when I noticed that she attended the same church as I did. Cathy was supportive to ministries that sought and practiced ways to improve the quality of life in the church's surrounding communities.

Cathy was concerned that the young people strive to meet their highest potential. Cathy once accompanied a group of us who escorted the Young People's Department of the Baltimore AME Conference to a Christian Retreat in South Carolina. Although she was not a Scheduled Presenter, she was frequently seen talking with young people about the positive future they have because of the gifts they currently have within.

Apart from the church, Cathy is well thought of in the community. Many recall The Senator who daily walked the streets surrounding Druid Hill Park and checked on the neighborhood. She was very attentive to the elderly and often inquired of their needs.

Indeed I believe Catherine Pugh to be a must needed public servant. Therefore, I ask that you show leniency in your sentencing of her.

Sincerely,

Anna L. Graves

Anna L. Graves

Grenda Louise Green



February 12, 2020

Judge Deborah K. Chaseanow
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland  20770

c/o Attorney Steve Silverman
201 N. Charles Street, Suite 2600
Baltimore, Maryland  21201

Dear Judge Chaseanow:

I am Grenda Louise Green and I am writing you on behalf of Catherine Pugh.  I have known Catherine for at least 20 years.  I first met her at Bethel AME Church is Baltimore, Maryland.  Cathy attend church on a regular basis and was an active member of the congregation.   She volunteered in the media ministry for several years.
She has worked continually in the community as a Council person, State Delegate, State Senator and Mayor for the people of Baltimore City.

We all make mistakes and fall short of what God expects of us.  God gives us grace and mercy for our mistakes.  Mercy "is compassion or forgiveness shown toward someone whom it is within one's power to punish or harm".

I am asking you to please consider all the good works of Cathy when considering her sentence and have mercy on her.   Given she does not have a criminal record I am praying she can be given probation.

Sincerely,

Grenda Louise Green
Grenda Louise Green

Feb 10, 2020

Judge Deborah K. Chasanue
6500 Cherrywood Lane
Greenbelt, Md 20770

Re: Catherine Pugh

Dear Judge Chasanow,

I am writing to you in hopes
that you will show leniency
in the sentencing of Catherine
Pugh. I know her to be a God-
fearing person who has supported
young and the elderly in our
community. I have known her
at least thirty (30) years. She
was not only a member of
my church family at Bethel AME
in Baltimore but the neighbor
to my dearest friends, the Robinsons,
in Ashburton. She looked in
on this aging couple regularly.
At Bethel she was supportive
of ministries where education
was the focus. She mentored

our youth and worked to upgrade our media component.

Her service to the community as an elected official is a matter of record. Many can count the activities she shared with the young girls and the encouragement she provided through the school for design. I am thankful for the work that she championed.

I sincerely wish for you to consider her character and bring a decision that will bring her back to her community while making an opportunity for her to show herself as a redeemed and valued member of our family.

Thank You,

Janie McCullough

I am writing this letter on behalf of Catherine Pugh who I have known and watched for more than 20 years as a member of Bethel AME Church and as a Public Servant. She has always displayed a very disciplined, organized, and spiritual lifestyle. She is a compassionate person who cares about the people and community she serves. As the Mayor of Baltimore she implemented and initiated awesome programs to help the police department, housing authority, public works, department, BCPSS, and so many other infrastructures that made the city work a little better under her leadership. Catherine Pugh has shown great leaders, great leadership ability, excellent character, and has gone far above and beyond her duties to make Baltimore City a more livable, employable, workable city to compete and thrive in. Catherine Pugh is leadership at its best and absolutely unparalleled to many others. She holds us all to high standards of excellence.


Sincerely Yours,


Rosalyn Crosby

Betty Clark



February 17, 2020

Honorable Judge Deborah K. Chasanow
6500 Cherrywood Lane, Suite 400
Greenbelt, MD  20770
℅ Attorney Steve Silverman
201 N. Charles Street, Suite 2600
Baltimore, MD  21201

Dear Judge Chasanow,

I am writing this letter in support of my friend, Catherine Elizabeth Pugh, whose sentencing is
February 27, 2020 at 10:00 a.m.

I am a retired special education teacher of Baltimore City Public School System – 46 years of
service teacher, administrator, and mentor to new teachers.

I have known Catherine since 1979 as a neighbor, member of Bethel A.M.E. Church, board
member of Baltimore Design, and Delta Sigma Theta Sorority, Inc.  She is a committed,
dedicated, hardworking businessperson and public servant.  I have had many opportunities to
observe and work with her.  She is willing to collaborate and support other elected officials,
religious leaders, personal friends, and strangers.  She is concerned about the wellbeing of our
senior citizens and their challenges.  I have watched her feed the homeless, pay for a stranger's
food at the grocery store and gas at the gas station, and so much more.  Her accomplishments are
many, but they are not about her – they are about those less fortunate, that need uplifting.  She is
helpful.  As mayor, she was truly concerned about ensuring that the citizens of Baltimore had a
voice.

Improving the quality of education was at the center of her agenda.  She passed legislation that
addressed Baltimore City's high rate of student dropouts.  This bill increased the dropout age
from 16 to 18 and allowed students to take the GED without having to wait 90 days.

One day Catherine shared her vision about a fashion school with me.  We had many
conversations about if over two years.  She would tell me about fashion schools in New York,
Florida, and Philadelphia that she visited.  I was so excited when she asked me to be a part of a
focus team to make the school a dream come true.  The team wrote a proposal and submitted it to
Dr. Alonzo and the School Board.  The proposal was approved, and the dream became a reality!

Today the Baltimore Design School is home to 528 students, middle and high school scholars,
90% are from low income families from all parts of the city. The curriculum focus is graphic
design, fashion, art, architecture and career and technical education (CTE). It is a rigorous career
skilled program that includes construction, construction management, science and technology.

The leadership team, teachers' counselors are all highly qualified and the board members are amazing none of which would not have been possible without the drive, determination and dedication of my friend Catherine. She led the way to raise funds to renovate the building, purchase equipment, books computers and furniture.
I, the board members,  staff, students their families and the citizens of Baltimore are indeed grateful for the aspiration, determination and her, "I'm going to make it happen" attitude.

As a member Bethel A.M.E. she was head of the Bethel Media Ministry where she often taught public speaking and photography to the young people. She encouraged them to participate in various competitions. Many times, Catherine donates her time doing photography for members wedding for free, she a heart of gold.

Finally, I do not minimize her actions. We all fall short during a season in our life and at that point we ask for forgiveness and mercy.

For months I have watched her disconnect from all daily activities as she suffered from anxiety, restlessness, pneumonia, loss of appetite,  at times trouble sleeping or others sleeping too much. She has suffered emotional and physically and her healing process deserves a second chance. Therefore, I am asking leniency in sentencing.

Sincerely,


Retired Educator
Vice Chair-Baltimore Design School
Betty Clark



February 19, 2020

The Honorable Deborah Chasanow
United States District Court
101 West Lombard Street
Baltimore, MD 21201

Re: Catherine Pugh

Dear Judge Chasanow:

Your record as an outstanding jurist is stellar, so there is no need for me to ask you to be fair and considerate in your sentencing decision regarding former Mayor Catherine Pugh.

I write primarily to join with other civic leaders who have watched Catherine Pugh make positive contributions to the quality of life in the community for over four decades. I met Catherine when I ran for States Attorney in 1982. At that time, she was a businesswoman and the host of a popular radio program. She used the radio platform to educate people about a variety of issues, with a particular focus on their responsibility to vote. Whether as a private citizen or as an elected official she encouraged young and old to become involved in the political process in order to bring improvements to their lives.

Her errors in judgement, which led to criminal charges are a source of disappointment to her and to all of us who call her friend. I know that she looks forward to a time to once again contribute to society. An appropriate sentence will help to lead her back to a path of having a positive impact on the community.

Thank you for considering these comments.

Sincerely,

Kurt Schmoke

Kurt L. Schmoke
President



**Briscoe & Associates LLC**



FEB 1 4 2020

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

February 12, 2020


RE:  Catherine E Pugh


My letter today is in support of Catherine E Pugh.  My association with Ms. Pugh has been professional
as she has always assisted in my business ventures and enabled me to work hard in her political
campaigns for City Council and Baltimore City Mayor.


Ms. Pugh has been a strong advisor in business relations and provided advice and direction in my
business operations.  As a leader in Maryland State Government, she has lead in legislative decisions for
Maryland and moved major operational changes to Baltimore City.


I have major respect and appreciation for Mayor Pugh and sincerely feel she has done major
organizational changes in all the political positions she has held.  She has been major in assisting her
College Alma mater, Morgan State University to achieve high levels in higher education.  She was
instrumental in opening of Baltimore Design School where students can work on art and design in a
Baltimore School System.


Her creativity has enriched Baltimore City with a Baltimore Marathon and certainly the Fish out of Water
program where some Fish are still around the city.  We love her style, professionalism and her in-touch
with Baltimore.


As this is a traumatic time, I am certain that this experience is not what she was expecting and certainly
not what she was groomed to do.  But my wishes are for love and appreciation from this work she has
done and will continue to do.

Page 2

The work that we do as humans and often become difficult in making decisions, whether the decisions are favorites of the mass of people.  We are only responsible for the work we do and that is what we are remembered for.  Cathy Pugh's work has been tremendous in Maryland and has helped a mass of people.  Citizens have benefited from the legislative decisions and changes in Maryland and Baltimore City.  We appreciate her and look for more work to be done when she is ready to do more work.

The lyrics of the gospel song are very strong in the work of Mayor Catherine E Pugh, MAY THE WORK I'VE DONE SPEAK FOR ME.

God Bless you.

Sincerely

*Floyd Briscoe Wright*

Floyd Briscoe Wright  CEO

Accountant

John D. Clark



February 16, 2020

Hon. Judge Deborah K. Chasanow
6500 Cherrywood Lane, Suite 400
Greenbelt, MD  20770
℅ Attorney Steve Silverman
201 N. Charles Street, Suite 2600
Baltimore, MD  21201

Dear Judge Chasanow:

I am a 75 year old African American, retired clinical social worker/therapist.  I am married with two adult sons and an USAF veteran. I was the president of the Ashburton Area Association where Catherine resides from 1979-1982. I was a clinical social worker at Springfield hospital center from 1978-1993 working in admitting chronic geriatric and adolescent area. I worked at a resident treatment center ( RICA in )southern Maryland from 1993-2004.After retiring from the Department of Mental Health I engaged in private practice until 2012 doing individual, family and group therapy. My experience has taught me that I was only able to help patients/clients help themselves.

I have known Catherine Pugh as a fellow student in college at Morgan State University, a good productive neighbor, a church member at Bethel A.M.E. Church, and a community, civic, and political activist.  I have watched her engage with and help people in the community and at Bethel A.M.E. Church where we both worship. She was the head of the media ministry. She trained young people in public speaking and media training.  She gave financial support to those entering college. Once she was elected mayor, she made it possible to ease the financial burden for students. She coordinated and worked with community leaders, businesses, state agencies to get $2 million in scholarship funds for the youth in her 40th district, where she held office in the Maryland House of Delegates from June 2005 - January 2007 and Maryland Senate from January 2007-December 2016.  As mayor, she made Baltimore City Community College free, so all students could afford to attend colleges and universities. This is just one example that show, she cares about educating children.

During the April 2015 unrest, after the death of Freddy Gray, it was Cathy who spent every night leading activists, parents, students, pastors, and community leaders as we tried to bring a calmness and peace to our city.  She has worked continually in the community as a councilperson, state delegate, state senator, and mayor. In each office, she was effective. She is a runner, a giver, and one who loves her community, city, state, and America.

While she has taken responsibility for her actions and pleaded guilty to the charges, she has also openly expressed remorse and apologized.

Your honor, it is my humble request to urge you to consider redemption by giving Cathy an opportunity to help herself heal and heal your community by doing public service and provide healing for all.  She deserves a second chance.

Please feel free to contact me if you have any questions or concerns at █████████ or █████████

Sincerely,

John D. Clark
Retired LCSW-C