February 10, 2020


Judge Deborah K. Chasanow
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770



Dear Judge Chasanow,

I am writing to request your most humane considerations with the sentencing of Cathy Pugh, former mayor of Baltimore.

I am Diane Latta, retired Hospital Administrator, Amita Saint Francis Hospital, Evanston, Il., but more importantly for this correspondence, I've been of friend of Cathy Pugh for the past 50 years. I attended Morgan State University from 1969 - 1973, when I met Cathy.

During these years, there was tumultuous happenings in our country at large...the assassination of Dr. Martin Luther King, Jr. and Attorney General Robert Kennedy.  So much discord and unrest around us all as a country.  In conversations with Cathy and others, her position was, lets uphold a nonviolent platform and unite with our voices and participate in our democratic process.  This is probably when her desires were ignited for a career in public service, to help others, especially the underserved.  Also, being committed to health and fitness, Cathy encouraged all to partake in this lifestyle; hence her children's books educating and promoting a healthy lifestyle, starting at a young age.

The crimes that she has plead guilty to is not indicative of who Cathy is.  She is greatly remorseful and has learned and grown from her poor judgment and total embarrassment to the community and to herself. She did fail her trusted community.

  However, it is my hope you would consider all of Cathy's works and public service as you deliberate your judgment.  Her service on the Baltimore City Council 1999-2004, Maryland General Assembly 2005-2007, State Senate 2007-2016.  As the State Senate Majority Leader, Cathy led the state on cyber security, telemedicine expansion legislation, diversified the state's $40 billion pension portfolio, having led the passage of Senate Bill 606, which increased black and other minority managed dollars from $300 million to $4.2 billion.  As mayor, she addressed illegal possession of guns in many parts of Baltimore to address the city's soaring violence rate.  Please consider these public works.

Thank you for the opportunity to be heard on this matter and every consideration.

Sincerely,

Diane Latta

The Honorable Deborah K. Chasanow

U.S. District Court for the District of Maryland
   c/o Abigail Ticse, Esq.
Silverman, Thompson, Slutkin & White
201 North Charles Street
Suite 2600
Baltimore, MD 21201
Dear Judge Chasanow:

I am writing to humbly request that as you consider the sentencing for former Mayor Catherine Pugh that you would also consider the transformative impact she has had toward the restoration of our city. I have know Mayor Pugh personally for over 30 years. And I have watched her work ambitiously in her pursuit of political office to make a real difference in our inner city communities that have suffered neglect, violence and dilapidation for decades.

Cathy's ambition for political office was only outmatches by her empathetic heart and help for the residents of Baltimore. She walked with us through the communities quelling violence after the wrongful death of Freddie Gray. She included the faith community and residents alike in her appointment of  Police Commissioners. And when we as a church and CDC were able to develop the East Baltimore Revitalization Plan that was adopted by the City's Planning Department, Mayor Pugh further empowered the plan with unprecedented support. She listened to our voices about the former Pacquin School for Girls in which her vision was to develop it into a drug rehabilitation center, instead she acquiesced to our vision to allow the Lillie Mae Jackson Middle School, a chartered school for girls to acquire and renovate the property as their home to over 350 5th through 8th grade girls. This was big in Mayor Pugh's Orr, because she was clear about her passion for public over chartered schools. But she put the community first.

I could write incessantly about the essence of Cathy Pugh's character and commitment to the least, the lost and left out. As Baltimore strives to move forward it is important that we not continue to see our leaders like Cathy Pugh be tormented further through the process of justice. She has suffered mentally and emotionally without the balance of time to restore her public and political image and position. I pray that you would temper justice with mercy in her case knowing that her imprisonment would only further imprison our community's hopes and thoughts about what justice means for our leaders who have given much more than they have taken to change the trajectory of our city and truly restore its citizens. Thank you for your consideration.

Sincerely,

Bishop Donté' L. Hickman, SR.
Pastor, Southern Baptist Church



*"Changing Lives, Building Legacies"*

February 24, 2020

The Hon. Deborah K. Chasanow
U.S. District Court for the District of Maryland
     c/o Abigail Ticse, Esq.
Silverman, Thompson, Slutkin and White
201 North Charles Street, Suite 2600
Baltimore, MD  21201

Dear Judge Chasanow:

My name is Rev. Sheridan "Todd" Yeary, and I serve as the senior pastor of Douglas Memorial Community Church in Baltimore City.  I write to appeal to your sense of fairness and mercy as you contemplate the appropriate sentence for former mayor, Catherine Pugh.  I have known Catherine for over ten years, in my capacity as pastor, policy advocate, and government appointee to state and local boards and commissions.  During the tenure of our relationship, I have known Catherine Pugh to be thoughtful, concerned, and committed to the interests of the most vulnerable of our fellow citizens/residents.

Catherine's career in public service has been marked by ever-increasing responsibility, as she has served in the City Council, House of Delegates, State Senate, and as Mayor of Baltimore.  During these years of service, her legislative career is marked by a demonstrated advocacy for equity in professional services opportunities, working to address the concerns of forgotten communities, and investing in the future of our city through educational opportunities for the graduates of Baltimore City Public Schools.  Not only did Catherine Pugh demonstrate her commitment to the needs of her constituents, she also served as a leadership model for her colleagues across the country during her years of elected service.

Catherine Pugh stood with many at Penn North, who were hurting and frustrated in the aftermath of Freddie Gray's death in 2015.  Every night during the curfew, I saw Catherine Pugh (often by the side of our late Congressman Elijah Cummings) walk the streets of Penn North hugging, encouraging, and protecting the people in and of the community.  On a personal level, Cathy has touched many in our city, my youngest children among them.  They know her as "Aunt Cathy," another of those fictive kinfolks whom we all seem to have known at some point or other.  Aunt Cathy has embraced our little ones from their earliest years, and she has found some joy and laughter as they have spent time in each other's presence.

Having seen Catherine Pugh's expressed concern for, and commitment to, others makes writing this letter more painful.  The charges to which she has pled guilty are serious, and her admission of wrongdoing has been painful to me because I thought I knew Catherine better than this.  I never knew this Catherine Pugh.  However, I have prayed with her as her sobs of shame and embarrassment were a soundtrack to a plea for divine comfort, healing and forgiveness. I have spoken with her during periods where even the thought of leaving the house brought an anxiety born of the shame in knowing that "everybody knows, and I have let them down."  The days of acknowledging the good that she has done will forever be muted by the

constant reminder that her misdeeds permanently overshadow an otherwise noteworthy and laudable career in public service. This is indeed a tragic outcome. Yet, in my "day job" (pastor), I often meet people in the throws of personal failings who are driven to make things right, and get their lives back on track. This is where I see Catherine Pugh today. It is time for her to make things right and get her life back on track.

Catherine Pugh has pled guilty, acknowledging her wrongs and taking responsibility for her actions. She has not deflected to others, decried unfairness in the system, or criticized the criminal justice system. She has said, "I did it." No trial or waste of precious public dollars. She will stand before you to hear your judgment and will accept it.

While deterrence has been cited in the sentencing recommendation, deterrence in sentencing has been severely distorted in our current political climate. Political defiance is the order of the day, and the notion of prosecutorial fairness has been tainted by preferential treatment granted to those who have allies in high places. Justice now seems to be skewed in favor of the well-connected. Those who would otherwise attempt to accept responsibility for their misdeeds face sentencing recommendations aimed at deterrence; deterrence seems to only apply to a certain class of federal criminal defendants – those who are not well-connected, not wealthy, and not entitled. I do not mean to imply any political influence in this case, only to note that our system has been tainted, and the advancement of justice must now, more than ever, be even-handed and proportional without trying to correct any unrelated, alleged dysfunction in the system.

Judge Chasanow, these considerations make the decision you will render more complicated. Yet, with the power of judicial authority, you can reaffirm fairness in the demand for justice. Catherine Pugh's issues are NOT the ones that has commanded so much of our nation's time and attention in recent months. This is NOT the vilification of career prosecutors; this is NOT the assumption of "facts not in evidence." To be clear, Your Honor, Catherine Pugh committed a grievous wrong. She violated the public trust. This is an appeal for leniency and mercy in the calculation of a sentence that balances the related interests of deterrence, punishment, and rehabilitation. A sentence too harsh will breed further cynicism that prosecutorial discretion is skewed toward the privileged and well-connected. Deterrence will NOT be the effect, only a deep and lingering disdain for our system of justice which, though imperfect, must be preserved with demonstrated fairness and compassion.

Your Honor, the sentence you will hand down on February 27th can demonstrate that balance of varied interests – Catherine Pugh's interests, the U.S. Government's interests, and the interests of the rest of us. Your voice, reason, and compassion can do us all a great service – remind us all that we must accept responsibility for our errors of judgment and action and, in doing so, earn the opportunity to find redemption in society and under law.

I appeal to your sense of authority and fairness, and believe that in the exercise of your wisdom, you will not only do a good service, you will do justice. I thank you for your thoughtful consideration, and the opportunity to offer my thoughts.

Sincerely,


Rev. Sheridan T. Yeary, J.D., Ph.D.
Senior Pastor, Douglas Memorial Community Church

February 24, 2020

Shonte Eldridge

███████████████████████████████

Honorable Deborah K. Chasanow,

I am writing this letter of support for Ms. Catherine Pugh regarding her upcoming sentencing in the United States District Court of Maryland. I believed it was important to write a letter in support of Ms. Pugh as it is obvious that her misdeeds have overshadowed all of the hard work and dedication to the City of Baltimore I witnessed while under her employ. There is a saying in Judaism that embarrassment is worse than death, and given the constant news articles, sketches on Saturday Night Live, and national attention, I have no doubt that Ms. Pugh has been publicly tormented as a result of her decisions. This may not be the punishment the court doles out, or believes Ms. Pugh deserves, but it is a significant consequence that cannot be undone, and should not go unrecognized or uncalculated.

Let me be clear, I am not writing this letter because Ms. Pugh requested it, I offered to write this letter because I believe this Court deserves the perspective of someone who was not her friend, but knows how hard she worked to elevate the City of Baltimore. I worked in public service for the City of Baltimore and State of Maryland for over twenty years. When Ms. Pugh won the mayoral race, I was the Chief of Special Projects for the Department of Public Works. As a result of my position there I was asked by the Mayor's office to help Ms. Pugh plan a bus tour of the city with all of her department heads accompanying her; which to my knowledge had not been done before or at least had not been done in a long while. After this event, and due to my project management and operations background, I was asked by Ms. Pugh to serve as her deputy chief of operations; overseeing many of the large city agencies and community focused projects. Ms. Pugh was often one of the first people in the office every single day and always the last to leave. She never parked in the below ground garage like former mayors, instead she walked through the front door of City Hall. She wanted to be included in most projects and have intimate knowledge of the status of my and my colleagues work. This was not micro-managing, but a display of her passion for improving the city. As such, it was not uncommon for her to pop into my office and simply start chatting about a project or challenge she was seeing in the community. I really enjoyed those conversations and was obvious from our time talking that she loved the city and wanted to bring about sustainable change and improve the quality of life for all of the city residents, businesses and visitors.

On such program that she fully supported and is still operating today is BMore Beautiful. Prior to Ms. Pugh becoming mayor, the city did not have a successful community based long-term beautification initiative.  Ms. Pugh attended our early planning meeting with over 30 community leaders, and under her guidance and leadership the Director of the Mayors' Environmental Control Board and I created a program that directly engages residents in various city neighborhoods to organize ongoing beautification and cleaning activities and change their negative behaviors regarding neighborhood cleanliness. This initiative started small, but is now recognized as one of the most significant programs in the city to change resident's attitude towards litter.

Furthermore, this program worked with the Department of Housing and Community Development to effectuate zoning changes to liquor stores where there was a high correlation between the extended store hours and violent crime. Her decision to direct the office of zoning to work with store owners to modify liquor licenses was wildly unpopular with the business community, but Ms. Pugh believed that this approach was necessary to improve the safety of the communities affected. In fact, during a drive to a meeting, she told her executive protection to pull over without warning and jumped out of the car to confront a drug dealer in front of a liquor store and its owner. While dangerous, it was an obvious reflection of her willingness to roll up her sleeves and confront some of the city's problems personally and directly.

I left the Mayor's Office for my dream job shortly before Ms. Pugh's investigation was known but worked with her for 28 months. I am certain that without the opportunity she afforded me, I would have never been selected for my current position. Despite her actions, I am still appreciative of Ms. Pugh. Her love for this City was infectious and her work ethic obvious. Please consider her deeds, in evaluating her misdeeds, as I strongly believe that Ms. Pugh tried to improve the life of her constituents every single day she was in office.

Sincerely,

\_\_\_\_\_/s/\_\_\_\_\_
Shonte Eldridge

Rodney Boyd



February 25, 2020

The Honorable Judge Deborah K. Chasanow
U.S. District Court
c/o Steve Silverman

Dear Judge Chassnow:

My name is Rodney Boyd and I am an attorney and governmental relations advisor in the States of
Missouri, Texas, Maryland and Illinois.  I have worked as a political consultant advising clients before state
and local government officials for over twenty years.  Prior to my political consulting work I was a
municipal prosecutor in the City of St. Louis for five years.

I have known and worked with Catherine Pugh for nearly eight years.  I first met her when she was a
Maryland State Senator and emerging as leader in the National Black Caucus of State Legislators (NBCSL).
Our relationship extended throughout her time as Mayor of the City Of Baltimore.  I have been struck by her
commitment to serving her constituents.  In her public servant role, she has consistently advocated for
policies that improved the lives of her constituents.  Much of her work remains in effect and will continue to
contribute to the betterment of the lives of the people she represented.  Examples include: the
establishment of the Neighborhood Impact Investment Fund (NIIF).  This fund helps redirect Baltimore
City investments into many of Baltimore's most distressed neighborhoods.  Through the redevelopment of
the Perkins Homes public housing redevelopment, I witnessed Mayor Pugh fight relentlessly for the
redevelopment agreement that would require not one displacement of existing residents.  One final
example was her direct maternal-like interaction with many of Baltimore City's most disadvantaged youth.
Not only did she make a habit of engaging these young folks on the Baltimore street corners, she even
helped turn their oft unproductive energy into entrepreneurial activities, like the squeegee pop up corner
carwash program.

I proffer the abovementioned aspects of the Catherine Pugh that I know and worked with, not to discount
or make light of the serious matters pending before this honorable court.  My hope is that, as your Honor
executes your required judgment that you must, that you would be inclined to take an account of the full
measure of the life that Catherine Pugh has lived. Not one without flaws, nor mistakes, including the choices
that have put her before this court.  My hope, indeed my prayer, is that as your Honor administers the
justice, that it be tempered by the mercy that court may extend in consideration of the totality of the life
lived by my friend Catherine Pugh.

Over the years that I worked with Ms. Pugh, I never saw her abuse or misuse her power or position. In my
interactions with her, she always forced the conversations or matters before her office to points that were
in the best of the people of Baltimore. I witness her routinely dismiss offers from business entities.

Sincerely,

Rodney Boyd

The Honorable Deborah K. Chasanow

U.S. District Court for the District of Maryland
   c/o Abigail Ticse, Esq.
Silverman, Thompson, Slutkin & White
201 North Charles Street
Suite 2600
Baltimore, MD 21201

Dear Judge Chasanow:

It has taken me quite sometime to write this letter due to the devastating reality of the current circumstances. The person that has been described in the media, and in the charging documents is not the gentle and kindhearted woman whom I consider my mentor, confidant, hero, and most importantly my friend. The charges being brought against Mayor Pugh should not be taken lightly, but I ask that you give her the opportunity to redeem herself by continuing to serve the community of Baltimore like she has for many years.

In 2013 Mayor Pugh took me under her wing, like she has with so many other young people from Baltimore City. I don't know what she saw in that 19-year-old kid back then, but the man I am today is a testament of her actions. Even at my lowest point in life, she saw the potential in me to aim for higher achievements. Even after I pissed off probably every other politician in Baltimore, she provided me with the opportunity to help contribute to making this city a better place.

Sometime in January of 2018 I remember receiving a phone call from Mayor Pugh in the middle of the night. On the phone she told me about a young man that she met while driving down MLK Boulevard, who was squeegeeing during school hours. She told me "in the morning I want you to go and find him and find out why". The next morning, I found Andrew, on that same corner during school hours. This was a child who at 13 was squeegeeing to help his mother and aunts because they had lost everything in a house fire a few months. He was a child who had nothing, not even a clean pair of socks and when I told her this all she said was "get them whatever they need". At her direction we were able to provide wrap around services not only for Andrew, but for his mother and three sisters.

This story is not unique to just Andrew, Mayor Pugh created a program to help all the squeegee kids. And when City agencies said no, she found a way for us to be able to provide wrap around services, jobs, and experiences for these children. There are dozens of other examples, of Mayor Pugh's selflessness and dedication to helping others that is the Catherine Pugh I know.

Since last April I have watched the toll all of this has taken on her. Serving the City of Baltimore has been her life's work, caring for others has been her passion far longer than I have been alive. I know that she feels she has let down a lot of people, and there are things she wishes she would have done differently. I firmly believe that it is easy for us to punish another for their actions, but we should all judge a person by the intent of their heart.

Your honor I ask not for your leniency, but rather for your help. Baltimore City needs the help of everyone who is able and willing to contribute to bringing change. Please help by providing Mayor Pugh with a second chance, and the opportunity to help continue to inspire a new generation of change makers. She has already punished herself severally over the last several months, those who know her best know that she has accepted the hurt she might have caused to the residents of this City, but also know her desire

to help heal the pain caused by her actions. Please allow her the chance to show that redemption and forgiveness will ultimately make this City a better place.

Respectfully,

Kwame Rose



**Aging People in Prison Human Rights Campaign**

Date: Monday,  February 24, 2020

To: U.S. District Judge Deborah K. Chasanow

c/o Attorney Steven Silverman; Silverman Thompson

Re: Mayor Catherine Pugh; Baltimore City

Aging People in Prison Human Rights Campaign is a human rights organization dedicated to advocating for the human rights and release of aging prisoners. Our specific target demographic prison population are those that have aged in prison and are now serving 30, 40, 50, even 60 years or more/ at the age of 50 or more.

APP-HRC was created as a remedy and a solution to aid in rebalancing the criminal justice system to one of justice. Elderly prisoners which by 2030 will have risen by 400% and with 1 in 4 prisoners of the age of 50 is a signal and a warning that the current criminal justice is skewed and in an crisis mode.

To be sent to prison at age 60, 70, 80 years old would deemed it necessary to look at the culture/society from which that person emerges and the laws/policies that are referenced to and applied when social, criminal, mental ills appear before the courts. As we get referrals, requests from aging prisoners for assistance, it is those at the age of 70 or more we prioritize first and begin aggressive freedom campaigns to help them towards release from prison.

Thus, we find it necessary to submit a sentencing recommendation for former Mayor Catherine Pugh.

1

In preparing this sentencing recommendation letter on Ms. Pugh's behalf, our team of formerly incarcerated aging men and women did research based on similar examples, first vs recurrent offense, psychology, health, education, and life narrative.  See the following examples…

Examples…

- Mayor Marion Barry; Washington DC- 5 months federal prison
- Mayor Kwame Kilpatrick; Detroit, MI-4 months.
- Martha Stewart; NY- 5 months, 2 years supervised release.
- Mayor Guy Thompson; Pensacola, FL -51 months prison.
- Police Commissioner Darryl DeSousa; Baltimore-10 months federal prison.
- Mayor Shawn Morse; Albany, NY-2 years' probation, fined $3,000, 200 hours community service
- Mayor Sheila Dixon; Baltimore, MD- probation, resign as mayor.
- Mayor Reggie Tatum; Opelousas, LA- 2 years' probation. 34 hours community service.
- Mayor Joseph Alexander, Cotton Valley, LA-  1 year in prison, $1000 fine, 20 hrs. community service.

Aging Prisoners

In our advocacy, communal work for, with, and behalf of aging women and men incarcerated in prisons across North America, we have concluded aging in prison is not only debilitating for the person, but community and city. Research has shown people incarcerated begin to age immediately 10-15 years beyond their biological cage.  The physiological and psychological reason for this is the human spirit wasn't made to spend periods of time isolated from human society surrounded by steel and concrete.  For the aging person in prison the life course is harsh and works toward a slow death of mind, body, and soul.

 Legal techniques and applications such as restorative/reparative justice, mitigation, mental health/restorative courts, and evidence based paradigms must begin to be applied to American citizens as they come before the judicial system. The following are two recent examples of aging people who committed crimes and the sentencing the judge applied:

2

- Betty J. Brown;  67 years old, Merrillville; IN- 3  years' community corrections work release program.- homicide 53 year old woman. Feb 2020.
- Sandy Hawkins; 74 years old, Boca Raton, FL- pled guilty bank robbery, sentenced 12 months to transitional housing facility. February 2020.

And for women period who age in prison, the impact on their mental and physical appears to be more devastating than men while in prison and upon release from prison.

Restorative Justice

Citizens like Mayor Catherine Pugh due to a lifetime of civil/community service have become integrated into the very fiber of the city and people's lives that they have come to touch on a very intimate level.

Mayor Pugh's crime was not just financial; a crime against the economic system but the community. Thus, her crime and sentencing should be applied the same way. Restorative Justice is the lens that should be applied to Mayor Pugh, not for her sake but Baltimore City.

In the American context; culturally and historically punitive punishment is the normative approach, the judicial impulse is to make her an example, to send a message. But does her being the example or message really amount to anything constructive for the community? Today may be the time to set a real example, maybe even past time, that of not criminal justice which is punitive, but restorative justice which is more humane and indicative of change as a collective. Her communal footprint, political tapestry, and social capital are too big in Baltimore City to withstand the communal losses for long periods of time.

Recommendations

If prison time is recommended the maximum time; 5 months.

Community Service; 2000 hours.

1 year work-release program.

References

*Aging People in Prison Human Rights Campaign*-www.apphrc.com.

US Sentencing Commission- *The Effects of Aging on Recidivism Among Federal Offenders*. 2017.

The Mandela Rules/United Nations Standard Minimum Rules for the Treatment of Prisoners.2015.

ACLU- *At America's Expense: The Mass Incarceration of the Elderly*". 2012.

Human Rights Watch-*Old Behind Bars: The Aging Prison Population in the United States*. 2012.

RAPP/Columbia Univ-Aging in Prison: Reducing Elder Incarceration and Promoting Public Safety. 2015.

National Association of Black Social Workers. NABSW Strategic Plan 2018-2023; *Effect of Familial Incarceration and Historical Trauma on African American Families in America*. Tomiko Shine, Cultural Anthropologist; Founding Director; APP-HRC. 2018.

*Aging in Prison: The Forgotten Plight of Women Behind Bars.* 2019.

*The Health of America's Aging Prison Population.* 2018.

APP-HRC Philadelphia Elderly Reentrants Report; Tomiko Shine, Cultural Anthropologist; Founding Director; APP-HRC. 2019.

 For further information or contact; Tomiko Shine; Cultural Anthropologist; Founding Director, *Aging People in Prison Human Rights Campaign* (APP-HRC), www.apphrc.com, dcapphrc@gmail.com