**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **CASE NO.: DKC-19-00541** |
| | ) | |
| **CATHERINE E. PUGH** | ) | |
| | ) | |

**SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM**

Catherine E. Pugh, by and through her attorneys, Steven D. Silverman, Andrew C. White, Abigail E. Ticse, and Silverman, Thompson, Slutkin & White, LLC, hereby supplements her sentencing memorandum with **Exhibit G**, a disc that will be filed with the Clerk's Office and hand-delivered to the Court. A copy has already been provided to the Government.

Respectfully submitted,
_/s/_
Steven D. Silverman (Federal Bar No. 22887)
Andrew C. White (Federal Bar No. 08821)
Abigail Ticse (Federal Bar No. 20215)
Silverman Thompson Slutkin & White, LLC
201 N. Charles Street, Suite 2600
Baltimore, Maryland, 21201
(410)-385-2225 (t)
(410)-547-2432 (f)
ssilverman@silvermanthompson.com
awhite@silvermanthompson.com
aticse@silvermanthompson.com