IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :

v. :

CATHERINE ELIZABETH PUGH, : CRIMINAL NO. DKC-19-0541

Defendant. :

...oooOooo...

## Government's Exhibit List

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | Healthy Holly Company overview | FEB 27 2020 | FEB 27 2020 |
| 2 | Summary of books sold | FEB 27 2020 | FEB 27 2020 |
| 3 | Disposition of books | FEB 27 2020 | FEB 27 2020 |
| 4 | Healthy Holly checks to Gary Brown | FEB 27 2020 | FEB 27 2020 |
| 5 | List of straw donations | FEB 27 2020 | FEB 27 2020 |
| 6 | Check to 2 Chic Boutique | FEB 27 2020 | FEB 27 2020 |
| 7 | 2 Chic Debit slip | FEB 27 2020 | FEB 27 2020 |
| 8 | 2 Chic cashier's check | FEB 27 2020 | FEB 27 2020 |
| 9 | JP Grant check $50,000 | FEB 27 2020 | FEB 27 2020 |
| 10 | GCM check $100,000 | FEB 27 2020 | FEB 27 2020 |
| 11 | Consulting Agreement | FEB 27 2020 | FEB 27 2020 |
| 12 | Ledger | FEB 27 2020 | FEB 27 2020 |
| 13 | Invoices | FEB 27 2020 | FEB 27 2020 |
| 14 | Letter to ABC | FEB 27 2020 | FEB 27 2020 |
| 15 | Transcript of press conference | FEB 27 2020 | FEB 27 2020 |
| 16 | Book – Fruits Come in Colors | FEB 27 2020 | FEB 27 2020 |
| 17 | Book – A Healthy Start for Herbie | FEB 27 2020 | FEB 27 2020 |
| 18 | Book – Exercising is Fun | FEB 27 2020 | FEB 27 2020 |
| 19 | Book – Vegetables are not just Green | FEB 27 2020 | FEB 27 2020 |
| 20 | CD – video clip of press conference 4-19-17 | FEB 27 2020 | FEB 27 2020 |