# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES
**Plaintiff**

vs.

**CATHERINE PUGH**
**Defendant**

2020 FEB 27 PM 4: 01

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

Case No.: DKC-19-0541

\* \* \* \* \* \*

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL | |

All Plaintiff's/Government's exhibits returned: 2/27/2020

All Defendant's exhibits returned: _____

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:

Counsel for Defendant(s):

Date: February 27, 2020