IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: DKC-19-00541** |
| | ) | |
| **CATHERINE E. PUGH** | ) | |
| | ) | |

## UNOPPOSED MOTION TO EXTEND REPORTING DATE

Defendant Catherine Pugh, through counsel, Andrew C. White, hereby moves this Honorable Court to extend her reporting date to commence service of her sentence and states as follows:

1.  On February 27, 2020, this Court sentenced the Defendant to 36 months incarceration. The Court allowed the defendant to self- surrender, and she is currently scheduled to report to commence service of sentence on Friday, April 13, 2020, at an institution to be designated by the Bureau of Prisons.

2.  The Defendant requests that her reporting date be extended by two weeks – until April 27, 2020. This extension will allow the Defendant to remain at her house until her niece, who lives with her at the residence, has completed the current school semester at the University of Maryland Law School.

3.  Undersigned counsel has spoken to AUSA Marty Clarke and is authorized to represent to the Court that the United States does not object to this requested extension of the Defendant's reporting date.

4. For these reasons the Defendant respectfully requests that the Court extend her reporting date to April 27, 2020 at an institution designated by the Bureau of Prisons.

5. All terms and conditions of the Defendant's current release are to remain in full force and effect.

Respectfully submitted,

_____/s/_____
Andrew C. White
Silverman, Thompson, Slutkin & White, LLC
201 North Charles Street
Suite 2600
Baltimore, Maryland  21201
(410) 576-2200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on March 2, 2020, a copy of the foregoing motion was filed via ECF and a copy sent to AUSA Marty Clarke, 36 South Charles Street, 4th Floor, Baltimore, MD 21201.

_____/s/_____
Andrew C. White