IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: DKC-19-00541 |
| | ) | |
| CATHERINE E. PUGH | ) | |
| | ) | |

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Extend Reporting Date, in light of the Government's lack of opposition thereto it is this 2nd day of March, 2020,

**ORDERED** that the motion is **GRANTED**. The Defendant's reporting date is extended to April 27, 2020, at an institution designated by the United States Bureau of Prisons. All terms and conditions of the Defendant's current release are to remain in full force and effect.

_____
DEBORAH K. CHASANOW
United States District Judge