IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  :

    v.  :  Criminal No. DKC 19-0541

CATHERINE ELIZABETH PUGH  :

**ORDER**

Ms. Pugh was sentenced on February 27, 2020, and given a self-surrender date of April 13, 2020. Her self-surrender date was extended to April 27, 2020, by Order dated March 2, 2020. (ECF No. 41).

Ms. Pugh filed a second motion requesting another extension of her self-surrender date to no earlier than June 1. (ECF No. 42). Her motion reports that the case pending before the Circuit Court for Anne Arundel County, Maryland alleging perjury was postponed due to the novel coronavirus known as COVID-19 and she wishes to resolve this case prior to her period of federal incarceration. Additionally, she seeks additional time to seek a change in the Bureau of Prison's designation to a facility in Alabama.

The government opposes the motion for the reasons Ms. Pugh provides. However, in keeping with guidance from the Department of Justice on the impact of COVID-19 upon the Bureau of Prisons,

the government is not opposed to a 60-day extension. (ECF No. 43). In her reply, (ECF No. 44), Ms. Pugh states that she now seeks a 60-day delay based on the Government's suggestion that such a delay is appropriate.

In light of the current situation and recognizing that delaying commencement of Ms. Pugh's imprisonment is both in her and the public interest, without presenting a danger to the community, the motion will be granted. The coronavirus situation is evolving quickly and it is appropriate to react to it in stages.

Accordingly, it is this 9th day of April, 2020, by the United States District Court for the District of Maryland, ORDERED that:

1. The Bureau of Prisons is DIRECTED to extend Ms. Pugh's self-surrender date to no earlier than Friday, June 26, 2020;

2. Ms. Pugh shall surrender, at her own expense, to the Bureau of Prisons institution specified in a written notice to be sent to the Defendant by the United States Marshal for the District of Maryland; and

3. The Clerk IS DIRECTED to provide a copy of this Order to counsel and deliver a certified copy to the U.S. Marshal.

                                              /s/
                                   DEBORAH K. CHASANOW
                                   United States District Judge